UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT CLOUGH, II, individually and on behalf of a class of all persons and entities similarly situated,<br>    Plaintiff,<br><br>v.<br><br>BOUNDLESS ENERGY INC.,<br>    Defendant. | Case No. 1:25-cv-10621-GAO |

**RESIDENT ATTORNEY'S MOTION FOR NON-RESIDENT ATTORNEYS' ADMISSION *PRO HAC VICE***

TO THE HONORABLE JUDGE OF SAID COURT:

I, Andrew C. Bartholomew, file this Motion for Michael A. Harvey to Appear Pro Hac Vice before the Court.

1. I am associated with Michael A. Harvey on this matter. I am employed as an attorney on this case.

2. I am a practicing attorney and member in good standing in the District of Massachusetts. My Bar card number, office address, telephone number, fax number and email address is included below in the signature block.

3. Michael A. Harvey is an attorney with Munsch Hardt Kopf & Harr, P.C.

4. Michael A. Harvey is a member of the bar in good standing in every jurisdiction where admitted to practice. A certification of good standing is attached hereto as **Exhibit A**. He has no disciplinary proceedings pending against him. His Bar card number, office address, telephone number, fax number and email address is included below in the signature block.

5. Michael A. Harvey has read the Local Rules of the U.S. District Court for the District of Massachusetts and has become familiar with them.

6.   Michael A. Harvey is a reputable attorney, and I recommend that the Court permit him to practice in this case.

For these reasons, I ask this Court to grant this Motion and allow Michael A. Harvey to appear before this Court in this case.

Respectfully Submitted,

BOUNDLESS ENERGY, INC.

By Their Attorneys,

/s/ Andrew C. Bartholomew
Robert S. Adler (BBO #544145)
James A. Vevone (BBO #658267)
Andrew C. Bartholomew (BBO# 696573)
SEDER & CHANDLER, LLP
339 Main Street, Suite 300
Worcester, MA 01608
Tel: (508) 757-7721
Fax: (508) 831-0955
radler@sederlaw.com
jvevone@sederlaw.com
abartholomew@sederlaw.com

Michael Harvey *(pro hac vice requested)*
State Bar No. 24058352
MUNSCH HARDT KOPF & HARR, PC
700 Milam Street, Suite 800
Houston, Texas 77002
Telephone: (713) 222-4015
Facsimile: (713) 222-5834
mharvey@munsch.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2025, I electronically filed the foregoing by using the ECF system. All participants in the case who are registered ECF users will be served by the ECF system.

      /s/ James A. Vevone
James A. Vevone, Esq.
SEDER & CHANDLER, LLP
339 Main Street, Suite 300
Worcester, MA 01608
Tel: (508) 757-7721
Fax: (508) 831-0955
jvevone@sederlaw.com

4908-9071-4702v.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT CLOUGH, II, individually and on behalf of a class of all persons and entities similarly situated,<br>    Plaintiff,<br><br>v.<br><br>BOUNDLESS ENERGY INC.,<br>    Defendant. | Case No. 1:25-cv-10621-GAO |

### CERTIFICATION

I, Andrew C. Bartholomew ("Movant"), a member of the Massachusetts bar, hereby certify the admission *pro hac vice* of Michael A. Harvey ("Applicant") of Munsch Hardt Kopf & Harr, P.C., 700 Milam Street, Suite 800, Houston, Texas 77002, to represent Defendant Boundless Energy Inc. ("Defendant") in this action. Movant certifies that he finds the Applicant to be a reputable and competent attorney, has no disciplinary proceedings pending against him, has read the Local Rules of the U.S. District Court for the District of Massachusetts and has become familiar with them, Movant is in a position to recommend Applicant's admission *pro hac vice*.

/s/ Andrew C. Bartholomew
Andrew C. Bartholomew (BBO# 696573)
SEDER & CHANDLER, LLP
339 Main Street, Suite 300
Worcester, MA 01608
Tel: (508) 757-7721
Fax: (508) 831-0955
radler@sederlaw.com
jvevone@sederlaw.com
abartholomew@sederlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT CLOUGH, II, individually and on behalf of a class of all persons and entities similarly situated,<br>    Plaintiff,<br><br>v.<br><br>BOUNDLESS ENERGY INC.,<br>    Defendant. | Case No. 1:25-cv-10621-GAO |

**ORDER GRANTING MOTION OF MICHAEL A. HARVEY REQUESTING PERMISSION TO APPEAR *PRO HAC VICE***

After considering Michael A. Harvey's Motion for Pro Hac Vice, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Michael A. Harvey is admitted to this Court pro hac vice with all the rights and privileges of an attorney in the State of Massachusetts.

Signed on this _____ day of _____, 2025.

_____
PRESIDING JUDGE

4908-9071-4702v.1