UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT CLOUGH, II, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BOUNDLESS ENERGY, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:25-cv-10621-GAO |

## NOTICE OF APPEARANCE FOR DEFENDANT BOUNDLESS ENERGY INC.

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Boundless Energy Inc. ("Boundless" or "Defendant"), file this Notice of Appearance of Counsel, designating Michael A. Harvey of Munsch Hardt Kopf & Harr, P.C. as lead counsel and Earl L. Ingle of Munsch Hardt Kopf & Harr, P.C. as additional counsel of record. All correspondence, pleadings and notices concerning this case should also be provided to the foregoing counsel of record at:

**Michael A. Harvey**
Texas Bar No. 24058352
**Earl L. Ingle**
Texas Bar No. 24097234
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street, Suite 800
Houston, Texas 77002
Phone: (713) 222-4015
Fax: (713) 222-5834
mharvey@munsch.com
eingle@munsch.com

4929-3380-8212v.1

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Michael A. Harvey*
      **Michael A. Harvey**
      State Bar No. 24058352
      Federal ID No. 917759
      **Earl L. Ingle**
      State Bar No. 24097234
      Federal Bar No. 3219597
      700 Milam Street, Suite 800
      Houston, Texas 77002
      Telephone:  (713) 222-4015
      Facsimile:  (713) 222-5834
      mharvey@munsch.com
      eingle@munsch.com

**ATTORNEY IN CHARGE FOR DEFENDANT BOUNDLESS ENERGY INC.**

### CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been sent in accordance with applicable rules of civil procedure on this 11th day of July, 2025, to the following counsel of record:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

***ATTORNEY FOR PLAINTIFF***

      */s/ Michael A. Harvey*
      Michael A. Harvey

4929-3380-8212v.1