UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT CLOUGH, II, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br>v.<br><br>BOUNDLESS ENERGY, INC.<br><br>        Defendant. | Case No.: 1:25-cv-10621-GAO |

**JOINT STATUS REPORT**

The parties submit this joint status report pursuant to the Court's Electronic Notice of Hearing (Dkt. 16) setting a telephone status conference for January 20, 2026 at 11:00 AM. The parties have exchanged written discovery and produced documents. Plaintiff has identified outstanding issues requiring further conferral and supplementation, including Defendants' responses to Interrogatories Nos. 2 through 4 and the scope of production responsive to Request for Production No. 14. In addition, the parties have been working to schedule the deposition of Rebecca Davis, and Plaintiff has made repeated efforts since early October to secure deposition dates and confirm availability. Specifically, Plaintiff raised the need to schedule the Davis deposition in October and requested dates, and thereafter repeatedly followed up by email on October 23, November 3, and November 5 seeking a response and availability, including proposing and penciling in a date subject to confirmation. Due to the travel schedule of the proposed deponent, Defendant's counsel was unable to secure a deposition date for Davis until January 19, 2025. The parties believe additional time is necessary to complete the Davis deposition and to conduct reasonably necessary follow-up discovery that may result from the deposition testimony and any amended or supplemental written discovery responses.

Accordingly, the parties propose an additional 75 days of individual discovery to allow for completion of the Davis deposition, resolution of the outstanding written discovery issues, and any follow-up discovery. The parties further propose that all remaining case deadlines be adjusted accordingly and will submit a joint proposed schedule reflecting the 75-day extension.

Dated: January 9, 2026

Attorneys for Plaintiff,
By Counsel

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

Counsel for Defendant(s)

*/s/ Michael A. Harvey*
Michael A. Harvey
(Admitted Pro Hac)
State Bar No. 24058352
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street, Suite 800
Houston, Texas 77002
Phone: (713) 222-4015
Fax: (713) 222-5868
mharvey@munsch.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Anthony I. Paronich*
Anthony I. Paronich