UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT CLOUGH, II, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br>v.<br><br>BOUNDLESS ENERGY, INC.<br><br>        Defendant. | Case No.: 1:25-cv-10621-GAO |

## JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's Electronic Notice of Hearing setting a telephone status conference for March 10, 2026. The parties have exchanged written discovery and produced documents. The parties have now scheduled their depositions, but due to the witness schedules, have only gotten those scheduled for this month. The parties believe additional time is necessary to complete the Davis deposition and to conduct reasonably necessary follow-up discovery that may result from the deposition testimony and any amended or supplemental written discovery responses.

Accordingly, the parties propose an additional 75 days of individual discovery to allow for completion of the depositions, resolution of the outstanding written discovery issues, and any follow-up discovery. The parties further propose that all remaining case deadlines be adjusted accordingly and will submit a joint proposed schedule reflecting the 75-day extension.

Dated: March 5, 2026

4920-5400-3080v.1

Attorneys for Plaintiff,
By Counsel

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

Counsel for Defendant(s)

*/s/ Michael A. Harvey*
Michael A. Harvey
(Admitted Pro Hac)
State Bar No. 24058352
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street, Suite 800
Houston, Texas 77002
Phone: (713) 222-4015
Fax: (713) 222-5868
mharvey@munsch.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Anthony I. Paronich*
Anthony I. Paronich