**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT CLOUGH, II, individually and on behalf of a class of all persons and entities similarly situated,<br><br>     *Plaintiff*,<br><br>v.<br><br>BOUNDLESS ENERGY, INC.<br><br>     *Defendant*. | Case No.: 1:25-cv-10621-GAO |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BOUNDLESS ENERGY, INC.

Michael A. Harvey, Earl L. Ingle, and the firm MUNSCH HARDT KOPF & HARR, P.C. (collectively, "Munsch Hardt") file this Motion to Withdraw as Counsel for Defendant Boundless Energy, Inc. ("Defendant") in the above-referenced cause and would respectfully show the Court the following:

1.    Munsch Hardt seeks to withdraw as counsel for Defendant due to professional considerations.

2.    "An attorney may seek leave of court to withdraw his or her appearance for good cause shown." Local Rule 83.5.2(c)(2). "Any notice or motion to withdraw an appearance must be served on the party whom the attorney represents and all other parties to the case." Local Rule 83.5.2(d).

3.    There is good cause for Munsch Hardt's withdrawal because professional considerations necessitate counsel's withdrawal in this matter. Munsch Hardt has met all the requirements of this Court's Local Rules.

4.    Munsch Hardt has provided a copy of this Motion to Defendant and notified

1

4907-3715-5747v.2

Defendant in writing of its right to object to the Motion. Munsch Hardt has attempted to discuss the Motion with Defendant, but Defendant has not responded. Accordingly, Munsch Hardt does not know if Defendant consents to the withdrawal. Defendant has not objected to the withdrawal.

5. Munsch Hardt has informed Defendant of the upcoming status conference on April 28, 2026 and the Discovery Deadline on May 11, 2026. Munsch Hardt is currently unaware of additional settings or deadlines in this matter.

6. Defendant's last known address is 11 Apex Drive, Suite 300A,Marlborough, ME 01752.

### PRAYER

For these reasons, Munsch Hardt respectfully requests that the Court grant this Motion and allow Munsch Hardt to withdraw from representation of FSI Construction, Inc.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ Michael A. Harvey*
Michael A. Harvey
(Admitted Pro Hac)
State Bar No. 24058352
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street, Suite 800
Houston, Texas 77002
Phone: (713) 222-4015
Fax: (713) 222-5868
mharvey@munsch.com

**ATTORNEY FOR DEFENDANT**

**OF COUNSEL**
Earl L. Ingle
(Admitted Pro Hac)
State Bar No. 24097234
MUNSCH HARDT KOPF & HARR, P.C.

2

4907-3715-5747v.2

700 Milam Street, Suite 800
Houston, Texas 77002
Phone: (713) 222-4015
Fax: (713) 222-5868
eingle@munsch.com

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of April 2026, a true and correct copy of the foregoing instrument was served upon all counsel of record, pursuant to the FEDERAL RULES OF CIVIL PROCEDURE, by electronic e-service and/or email.

*/s/ Michael A. Harvey*
Michael A. Harvey

## CERTIFICATE OF CONFERENCE

Munsch Hardt discussed the substance and the merits of this Motion with counsel for Plaintiff and counsel for Plaintiff is opposed to Munsch Hardt's request to withdraw.

*/s/ Michael A. Harvey*
Michael A. Harvey

3

4907-3715-5747v.2