## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT CLOUGH, II, individually and on behalf of a class of all persons and entities similarly situated,

       *Plaintiff*,

v.

BOUNDLESS ENERGY, INC.

       *Defendant*.

Case No.: 1:25-cv-10621-GAO

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BOUNDLESS ENERGY, INC.

CAME BEFORE this Court the Motion to Withdraw as Counsel filed by Michael A. Harvey, Earl L. Ingle, and the firm Munsch Hardt Kopf & Harr, P.C. (collectively, "Munsch Hardt") on behalf of Defendant Boundless Energy, Inc. Having considered the Motion and for good cause shown:

It is **ORDERED** that Munsch Hardt's Motion to Withdraw as Counsel is **GRANTED**. Munsch Hardt is hereby relieved of all obligations as counsel of record for Defendant Boundless Energy, Inc. in this action. The Court also instructs that Munsch Hardt be removed from all service lists in this case.

SIGNED this _____ day of _____, 2026.

_____
JUDGE PRESIDING