**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ROBERT CLOUGH, II, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOUNDLESS ENERGY, INC.<br><br>Defendant. | Case No.: 1:25-cv-10621-GAO |

## PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff Robert Clough, II ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court to continue the Status Conference currently scheduled for April 28, 2026. In support thereof, Plaintiff states as follows:

1. The Court has scheduled a Status Conference in this matter for April 28, 2026.

2. Plaintiff's counsel has a scheduling conflict that arose after the conference was set and is unable to appear at the currently scheduled time.

3. In addition, on April 22, 2026, Defendant's counsel filed a Motion to Withdraw as Counsel.

4. Plaintiff has filed an opposition to that motion, which raises significant issues regarding Defendant's representation, ongoing discovery obligations, and the potential prejudice to Plaintiff if withdrawal is permitted without the appearance of substitute counsel.

5. The Motion to Withdraw, and any response or further briefing related to it, directly affects the posture of this case, including whether Defendant will be represented, whether discovery can proceed, and whether existing deadlines remain workable.

6. Proceeding with a status conference concerning discovery and case management before the Court resolves the Motion to Withdraw—or before the parties have an opportunity to fully

brief those issues—would be inefficient and may require duplicative proceedings, particularly where Defendant may be left unrepresented and unable to participate in the conference.

7. Plaintiff has not conferred with Defendant regarding this request because Defendant's counsel, through its Motion to Withdraw, has made clear that it does not presently have authority to act or respond on behalf of Defendant.

8. A short continuance of the Status Conference will allow the Court to address the Motion to Withdraw in the first instance and ensure that any subsequent conference is meaningful and productive.

WHEREFORE, Plaintiff respectfully requests that this Court continue the April 28, 2026 Status Conference to a later date convenient to the Court, after resolution of the pending Motion to Withdraw, and grant such other and further relief as it deems just and appropriate.


Dated:  April 23, 2026

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff*

2