**DISTRICT OF MASSACHUSETTS**

ROBERT CLOUGH, II, individually and
on behalf of a class of all persons and
entities similarly situated,

       *Plaintiff*,

v.

BOUNDLESS ENERGY, INC.

       *Defendant*.

Case No.: 1:25-cv-10621-GAO

## NOTICE OF FILING OF PROOF OF SERVICE

    Defendant Boundless Energy, Inc., by and through undersigned counsel, hereby submits this Notice pursuant to the Court's Electronic Order dated June 16, 2026 (Dkt. No. 34). In accordance with the Court's directive, defense counsel has served upon the Defendant copies of (1) the Court's Electronic Order dated June 2, 2026 (Dkt. No. 33); (2) the Court's Electronic Order dated June 16, 2026 (Dkt. No. 34); and (3) defense counsel's further statement in support of the request to withdraw filed pursuant to Docket No. 23.

    Proof of service is attached hereto as **Exhibit A**.

        Respectfully submitted,

        **MUNSCH HARDT KOPF & HARR, P.C.**

        */s/ Michael A. Harvey*
        Michael A. Harvey
        (Admitted Pro Hac)
        State Bar No. 24058352
        MUNSCH HARDT KOPF & HARR, P.C.
        700 Milam Street, Suite 800
        Houston, Texas 77002
        Phone: (713) 222-4015
        Fax: (713) 222-5868
        mharvey@munsch.com

        **ATTORNEY FOR DEFENDANT**

1

**OF COUNSEL**
Earl L. Ingle
(Admitted Pro Hac)
State Bar No. 24097234
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street, Suite 800
Houston, Texas 77002
Phone: (713) 222-4015
Fax: (713) 222-5868
eingle@munsch.com

2

4917-1779-3975v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2026, a true and correct copy of the foregoing instrument was served upon all counsel of record, pursuant to the FEDERAL RULES OF CIVIL PROCEDURE, by electronic e-service and/or email.

*/s/ Michael A. Harvey*
Michael A. Harvey

4917-1779-3975v.1