# EXHIBIT A

**Bernal, Crissy**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Jay Pelletz; Tyson Traveller |
| **Sent:** | Thursday, May 21, 2026 3:42 PM |
| **Subject:** | Undeliverable: Clough v Boundless - Letter to Client re: Denial of Motion to Withdraw |

## Office 365

Your message couldn't be delivered to multiple recipients.

# The recipients weren't found at boundlessinc.com.

| **Cbernal** | **Office 365** | **Recipients** |
|---|---|---|
| **Action Required** | | Recipients |

Unknown To address

Couldn't deliver to the following recipients:
jaypelletz@boundlessinc.com, tysontraveller@boundlessinc.com

## How to Fix It

The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link "**To send this message again, click here.**" Then delete and retype the entire recipient address. If prompted with an Auto-Complete List suggestion don't select it. After typing the complete address, click **Send**.
- Contact the recipient (by phone, for example) to check that the address exists and is correct.
- The recipient may have set up email forwarding to an incorrect address. Ask them to check that any forwarding they've set up is working correctly.
- Clear the recipient Auto-Complete List in Outlook or Outlook on the web by following the steps in this article: Fix email delivery issues for error code 5.1.1 in Office 365, and then send the message again. Retype the entire recipient address before selecting **Send**.

1

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

*Was this helpful? Send feedback to Microsoft.*

## More Info for Email Admins
*Status code: 550 5.1.1*

This error occurs because the sender sent a message to an email address outside of Office 365, but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the **How to Fix It** section above don't fix the problem, and you're the email admin for the recipient, try one or more of the following:

**The email address exists and is correct** - Confirm that the recipient address exists, is correct, and is accepting messages.

**Synchronize your directories** - If you have a hybrid environment and are using directory synchronization make sure the recipient's email address is synced correctly in both Office 365 and in your on-premises directory.

**Errant forwarding rule** - Check for forwarding rules that aren't behaving as expected. Forwarding can be set up by an admin via mail flow rules or mailbox forwarding address settings, or by the recipient via the Inbox Rules feature.

**Mail flow settings and MX records are not correct** - Misconfigured mail flow or MX record settings can cause this error. Check your Office 365 mail flow settings to make sure your domain and any mail flow connectors are set up correctly. Also, work with your domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see Fix email delivery issues for error code 550 5.1.1 in Office 365.

## Original Message Details

| | |
|---|---|
| Created Date: | 5/21/2026 8:41:32 PM |
| Sender Address: | Cbernal@munsch.com |
| Recipient Address: | jaypelletz@boundlessinc.com, tysontraveller@boundlessinc.com |
| Subject: | Clough v Boundless - Letter to Client re: Denial of Motion to Withdraw |

## Error Details

| | |
|---|---|
| Error: | *550-5.1.1 The email account that you tried to reach does not exist. Please try 550-5.1.1 double-checking the recipient's email address for typos or 550-5.1.1 unnecessary spaces. For more information,* |

2

*go to 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser 956f58d0204a3-65ecc2b1db9si12947d50.51 - gsmtp*

Message rejected by:  mx.google.com

## Notification Details

Sent by:         *DS0PR04MB8668.namprd04.prod.outlook.com*

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH |
|---|---|---|---|---|
| 1 | 5/21/2026 8:41:32 PM | BY5PR04MB6900.namprd04.prod.outlook.com | BY5PR04MB6900.namprd04.prod.outlook.com | mapi |
| 2 | 5/21/2026 8:41:32 PM | BY5PR04MB6900.namprd04.prod.outlook.com | CO6PR04MB7491.namprd04.prod.outlook.com | Microsoft SMT cipher=TLS_EC |
| 3 | 5/21/2026 8:41:37 PM | PH0PR07CU006.outbound.protection.outlook.com | us2-emailsignatures-cloud.codetwo.com | CodeTwo SMT |
| 4 | 5/21/2026 8:41:38 PM | us2-emailsignatures-cloud.codetwo.com | BN3PEPF0000B373.mail.protection.outlook.com | Microsoft SMT cipher=TLS_EC |
| 5 | 5/21/2026 8:41:38 PM | BN3PEPF0000B373.namprd21.prod.outlook.com | BN9PR03CA0359.outlook.office365.com | Microsoft SMT cipher=TLS_AE |
| 6 | 5/21/2026 8:41:40 PM | BN9PR03CA0359.namprd03.prod.outlook.com | DS0PR04MB8668.namprd04.prod.outlook.com | Microsoft SMT cipher=TLS_EC |

## Original Message Headers

```
ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;

b=dWTlxq2OFu6QpEwbGeReKOAXjI2F6QO0zdBl4mNhOKAw/lBvYYtR2gSojBjGdUfAJKmHjF6NG8VhCslAxI8B7Al
ypfcqDpCemor+yNvCIxYOjiowv2IhdTZi7ztJNCcHBouXSLSXNmFutreFp0DtO/erZSFVXOCHm96LZ/obKTQ3V3rt
NV6IkhSCFI8bXr5M4Hz67+24LxCDzsEvtRGQ7zZAEoedd+QhWJ6w+AoGdL4ngSTvIaCvvul8wip7QfTt2kXydZql/
39EC1vTVBddqXf2WAX6E4cn6AO26juW6+RhGp+1eOsqUDAFcOkvH8mGvai4EJHG84c9noMsJV8Osg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-
MessageData-ChunkCount:X-MS-Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-
MessageData-1;
 bh=FufCWkREZ3VY0iwRe0Qtx+rxRIuk5vQ21oOFEzoGa64=;

b=Uvg4xyKgmMy0sEeUKDKXK39nnzdX+CrSwim4dn3m/rlQ0meAqbKCvSKY1z+M0T1fJZ/Ce/SOSKVCG974mAn/94w
HUBYZ4fcfi/Tj8493h6zTZoX3PaScPyvPY1xXo0tJMlK3d6cVSukeCuN7TPHZG2U4X9dOdK+iBrm3MBYpE5Z1Thoj
JXlZPjZSUcEzSlBWaNHRHWcZ7+Xv9yUBWbXGCokcUJcq4OkPnsakOU95ZxAApPJJhBE7YMI4cvfluj1+imxnvHr01
U4Mlphf/1GhYw2L9QI9N68d1PzZ4ULR4to1K6zD2pF/5l2ojJ9z4uZcPrkY+WMVBwAlJNLeRnWJhg==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass (sender ip is
 52.240.209.173) smtp.rcpttodomain=boundlessinc.com smtp.mailfrom=munsch.com;
 dmarc=pass (p=quarantine sp=quarantine pct=100) action=none
 header.from=munsch.com; dkim=none (message not signed); arc=none (0)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
```

3

d=munsch4.onmicrosoft.com; s=selector2-munsch4-onmicrosoft-com;
h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
bh=FufCWkRfZ3VY0iwRe0Qtx+rxRIuk5vQ21oOFEzoGa64=;

b=Q18SIHgvCcEEPASxu5ZtouHUkUisKJPqSuciR4HnAwEXr0C54TTiJnBE2LCYEnNV13eFCizANiSE5ob+IU5NdQt
1IVblMZ1ROttn+EK3u+6VstVsTnRxTkC6hTmoKAv03ZfK3n/1e7y3vH/MmKvjLd8IwTYoEH2g4RQRQPO71JI=
Received: from BN9PR03CA0359.namprd03.prod.outlook.com (2603:10b6:408:f6::34)
 by DS0PR04MB8658.namprd04.prod.outlook.com (2603:10b6:8:115::12) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.21.48.14; Thu, 21 May
 2026 20:41:40 +0000
Received: from BN3PEPF0000B373.namprd21.prod.outlook.com
 (2603:10b6:408:f6:cafe::d) by BN9PR03CA0359.outlook.office365.com
 (2603:10b6:408:f6::34) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.21.48.17 via Frontend Transport; Thu, 21
 May 2026 20:41:38 +0000
X-MS-Exchange-Authentication-Results: spf=pass (sender IP is 52.240.209.173)
 smtp.mailfrom=munsch.com; dkim=none (message not signed)
 header.d=none;dmarc=pass action=none header.from=munsch.com;
Received-SPF: Pass (protection.outlook.com: domain of munsch.com designates
 52.240.209.173 as permitted sender) receiver=protection.outlook.com;
 client-ip=52.240.209.173; helo=us2-emailsignatures-cloud.codetwo.com; pr=C
Received: from us2-emailsignatures-cloud.codetwo.com (52.240.209.173) by
 BN3PEPF0000B373.mail.protection.outlook.com (10.167.243.170) with Microsoft
 SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.21.71.0 via Frontend Transport; Thu, 21 May 2026 20:41:38 +0000
Received: from PH0PR07CU006.outbound.protection.outlook.com (40.93.23.92) by us2-
emailsignatures-cloud.codetwo.com with CodeTwo SMTP Server (TLS12) via SMTP; Thu, 21 May
2026 20:41:37 +0000
Received: from BY5PR04MB6900.namprd04.prod.outlook.com (2603:10b6:a03:229::20)
 by CO6PR04MB7491.namprd04.prod.outlook.com (2603:10b6:303:a4::5) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.21.48.17; Thu, 21 May
 2026 20:41:32 +0000
Received: from BY5PR04MB6900.namprd04.prod.outlook.com
 ([fe80::227f:751b:6e4:1748]) by BY5PR04MB6900.namprd04.prod.outlook.com
 ([fe80::227f:751b:6e4:1748%4]) with mapi id 15.21.0048.016; Thu, 21 May 2026
 20:41:32 +0000
From: "Bernal, Crissy" <Cbernal@munsch.com>
To: Jay Pelletz <jaypelletz@boundlessinc.com>
CC: Tyson Traveller <tysontraveller@boundlessinc.com>, "Ingle, Earl"
        <eingle@munsch.com>, "Madden, Melanie" <mmadden@munsch.com>
Subject: Clough v Boundless - Letter to Client re: Denial of Motion to
 Withdraw
Thread-Topic: Clough v Boundless - Letter to Client re: Denial of Motion to
 Withdraw
Thread-Index: AdzpYioWIzcyZ9FTSdi23fxp9cjmAw==
Date: Thu, 21 May 2026 20:41:32 +0000

4

Message-ID:
<BY5PR04MB69008459FB8B40A88D76AD6BCE0E2@BY5PR04MB6900.namprd04.prod.outlook.com>

Accept-Language: en-US

Content-Language: en-US

X-MS-Has-Attach: yes

X-MS-TNEF-Correlator:

x-mde-cl:
dZNNc9owEIb/isbnpgMOBEiTzPBRN2kg45Z0Oj0KaW0vyFpXrEncTv975QyH1oKDD3qf1btf8s1NqUGQNWhB/I75v
ckmlsPhpRr0JchJPFCXE4gzGI9Hg7i/GfSuIBv3R9F1FPfiq4ve8CLuiyUwgxNMYm4QLAsHYgEWpRGUiRUzkm3pd+
RCO/nyvtJZ9C6akz2A42dKF4k3zKTZg5f9aWotsWyv7T1YgAE+krk0hmoOZHTKQFdNyTR56JE4gKXvt6vfY14Y/wK
up4JTsArNSrod2jyAjihzILVnbUiXr6m2OhB/1tIFebyKeW6ab1aDMycKWbMsq1BEtWueiE+EO9wBF47qvOiwZ3jl
Gb0Gd87mntVo+MH6diu/SAz4tOaCXHdXfjDtahfSKydQcOERmhdywbxWpDFDdc7LF6VrBV2zdb3ZguJu58gmKKbeM
5Vne3soqzf0FbRUbQ2eL0EejvizPMilclh1UyVoYMosVVH6XyWYKNGuPL6Yf9wScmWCYHRHv2+qt838Hy/37fFjqr
ezT7/G46dJOdq6yeOXH2mS396KD+Iciv7c3f0F

x-sdh-usedemail: cbernal@munsch.com

x-sf-inspectorhandled: 1

Authentication-Results-Original: dkim=none (message not signed)
  header.d=none;dmarc=none action=none header.from=munsch.com;

x-ms-traffictypediagnostic:
        BY5PR04MB6900:EE_|CO6PR04MB7491:EE_|BN3PEPF0000B373:EE_|DS0PR04MB8668:EE_

X-MS-Office365-Filtering-Correlation-Id: 50e93a8f-bd03-4d87-7393-08deb7795b4e

x-ld-processed: a8cce8ce-29cd-498e-9265-9240b6ba472b,ExtAddr

X-MS-Exchange-SenderADCheck: 1

X-MS-Exchange-AntiSpam-Relay: 0

X-Microsoft-Antispam-Untrusted:
BCL:0;ARA:13230040|376014|366016|6049299003|1800799024|38070700021|11063799006|1800209900
3|56012099003|8096899003|4053099003;

X-Microsoft-Antispam-Message-Info-Original:
y15+updR2CUFpClgtPQ31ZJzzNOeJoHCdr4sLzsv6c5MJfTqWPctClp+LHmuryEZ4RcbGU+atwbiBtZaddb2NAIx6
4CQqnN7RvP5JIgdz3cscx8qWyxToY1sTbiZJRqQAU7Qz76C2c0HwZgNWjaf/0F3Esix5f+7PF85F/8HRjfN1ooaov
g+2uQrKQO3nA7ggEJHNT5hMBZ51FE1PvRKA/EnGcfXwVZ4uXY83hbIxL55Zf1DsKSOokD1ar+oHv/NrYDKjpVVe/H
TdFL46QE9yhbICyFEwgH6qjSIXJ9GQe7r3P9NNUmUxNC/UREZReWqxwTXtI6fv6rbREnMr9aqqGzD6qQjad21xWjc
FtSQMoRv15X5uPrW0+OXm5eStZf556htONru5uTf4wq+FXKS6v3VcARlwEMkZvYtcikLqtDwe4/AP9Rtrwif65Tsw
oNmrPoVK59l0gNy7100atOnOQ0RCyALmJ9GJ0Eni9HJrwxciRPBb4gzONijVOJ8ywGVXRrdMDNuDhkrOtaY11LWxA
x+taGR+dtab29Bg0WmiDq0UmH/jMd0DkxMp7inS96C2iekNb3tgGNz7QdRtZjOKZgiv3YBAmueuYM3rBIii2glJWk
H66mTDix72M53xa6wzQPgUgRrQD4m0W8JdK4rhloHkGeTqSzUSaAmMYAlrUalWrzKUHmMj+krUev+ArnhPWaW1ibX
JdIwXSUZ2K68VQ==

X-Forefront-Antispam-Report-Untrusted:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BY5PR04MB6900.namprd04.pr
od.outlook.com;PTR:;CAT:NONE;SFS:(13230040)(376014)(366016)(6049299003)(1800799024)(38070
700021)(11063799006)(1800209900)(56012099003)(8096899003)(4053099003);DIR:OUT;SFP:1102;

Content-Type: multipart/mixed;
        boundary="_004_BY5PR04MB69008459FB3B40A88D76AD6BCE0E2BY5PR04MB6900namp_"

MIME-Version: 1.0

X-Exchange-RoutingPolicyChecked:
eQBcvv9CDJBA1HtU3E1XDhF50rxhk+1KJqx2aHnzbN+M/Sd+8hGC4wcAsv4VPJf2X843dM85gjmbsJsABTh04ZW7D
OWTA69CTi/Z1RRLpJJzhuILqy44oOqhLHshmZKildsIJiiQK/OKXQKQIgS0hgexcaUAXlKribiJ5DzRTOoSnrmIZt
4q+gkEkpuS221kSo/UDetSs5qvxfkhtASvjLHrP7NSq28DvJO9Y4dmaNCEjF5M85Gf5Kj3dT3Dbc IHmq3F7FZu1bT
OHGCQ3xUuN5UDXQLIRKmeYlRujINLW3OllqD+3Cov/2GKtCKxHGA51/r9Nnp2YA96hIU+4jaX0g==

X-MS-Exchange-Transport-CrossTenantHeadersStamped: CO6PR04MB7491

X-CodeTwo-MessageID: dc502690-69e5-4a96-b585-b13d76d1dec2.2026052120413780us2-
emailsignatures-cloud.codetwo.com

References: <01dff8f6-819c-4667-b565-7b5e315afd2f.04cd8f21-ea8f-4495-bf17-
a08ea95dffff.7a24ce9a-607a-45d2-b64e-90bb95b9c79c@emailsignatures365.codetwo.com>

<01dff8f6-818c-4067-b565-7b5e315afd2f.03b57f39-99f3-4ddf-8b1b-115061dd9f54.61bfde63-
d1e2-4105-92d9-09082337b18b@emailsignatures365.codetwo.com>

X-CodeTwoProcessed: true

Return-Path: Cbernal@munsch.com

X-EOPAttributedMessage: 0

X-MS-Exchange-Transport-CrossTenantHeadersStripped:
BN3PEPF0000B373.namprd21.prod.outlook.com

X-MS-PublicTrafficType: Email

X-MS-Office365-Filtering-Correlation-Id-Prvs:
        2fc60553-0769-40e2-926a-08deb77957c1

X-Microsoft-Antispam:
        BCL:0;ARA:13230040|14060799003|82310400026|6049299003|376014|7149299003|3504269902
2|36860700016|1800799024|4143699003|18002099003|56012099003|13003099007|11063799006|80968
99003|4053099003|4076899003|6133799003|5023799004;

X-Microsoft-Antispam-Message-Info:
        HMQYeGVvif4PEsJis/X80wA6DZTyxscFYYXoIbKxtxk3ZZKMSRs5QVrsO8Mulxlgzc3BM1yyXSpFRvWaje
a8nbDsHw4fKz/Xx1CBHCDJjtUtqRO0/wt9z4fhVdspJiQWJdYus/zk+JfjKW6c8oyt1Qvqt0Ikudl+bTnQbmvspU4
aHrmLQt15lOUjJeRNEVumYeG2brVl7n98VTGI4Ho+hfoYAAKvVk8J4+I6KLnAj05SX2u8jBBqfX9Nz5WTvpwciSiN
JfG5sPUxTkXrwFUZVGKaSVMrBpE7+hlHe7xftnFWJOPdGlzJpGQ6ByoW/LRSLy21TRIVQi3Bwlq3OE62I0P1qT1qx
5otgxFd4FeQDd/p2LHCySKPwUEg2TIsJCI1OD/AeZlmh0R1Bf5RDVrcg4ZVuRwV76h+cBWYNjahXTXb0omKJiRZS3
BkoqZEhGL/dKUITchNg9FkOXM8geDk9+c/2CEJJdR9M+Xv3kAnATkUMqNGvy9eURthLYeL4HeDhkYL9FqNLpA4Aal
uOQUrLihJ9mNP2U+ennb+v4gfXdf8pcgyCYKOwhn3ZgqedHQ8DjEBnmtdrta0N0U5MiF8PcKCs/1Of9GxqzSNsbH1
PPcyMAYuXbB5fMJvCcIECtjM

X-Forefront-Antispam-Report:
        CIP:52.240.209.173;CTRY:US;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:us2-
emailsignatures-cloud.codetwo.com;PTR:us2-emailsignatures-
cloud.codetwo.com;CAT:NONE;SFS:(13230040)(14060799003)(82310400026)(6049299003)(376014)(7
149299003)(35042699022)(36860700016)(1800799024)(4143699003)(18002099003)(56012099003)(13
003099007)(11063799006)(8095899003)(4053099003)(4076899003)(6133799003)(5023799004);DIR:O
UT;SFP:1102;

X-MS-Exchange-AntiSpam-MessageData-ChunkCount: 1

X-MS-Exchange-AntiSpam-MessageData-0:
        fs3F5aERIm7/lkFTfvKafYYOS0Sd0T1Bu7xtP8pFAivskgSchVeMTOeelOZpWAukTaxmyWtc+naRSNT965
eMilutw7jhepQm9VIzUBy3nWNv8aDOUdfdXhPsgGumPYwT2d1x9vDAR+hSxFJOiSiFfJg+4oy4AXEvz2eqmAyMhgc
9TEDKAzP1x1+x4Q7KfPqCCEE08i1Ji55VAIYyXBVH0xDqH6FK4pbffyto6/6Cs0c5AW6g5v4ru4HXJws1SF/unCmP
MU0OCLlRN5pUIYG+Y4fVVbHxCy9fncR8OpQ2Icfu932Ac1eXxKfJWXZHrRkpvWzu2cmMF2wFkDiMO1L91TvikpOJF
Vd8yKegVad61LntYQawv8/Ym6Huo8/GoaAMlKe6FOzfoxXrvqtOpIf+xZu9T5a4laCGNapdN8/3kexU1hN9FIOvID
HJbfHt4VRx

X-OriginatorOrg: munsch.com

X-MS-Exchange-CrossTenant-OriginalArrivalTime: 21 May 2026 20:41:38.3063
  (UTC)

X-MS-Exchange-CrossTenant-Network-Message-Id: 50e93a8f-bd03-4d87-7393-08deb7795b4e

X-MS-Exchange-CrossTenant-Id: a8cce8ce-29cd-498e-9265-9240b6ba472b

X-MS-Exchange-CrossTenant-OriginalAttributedTenantConnectingIp: TenantId=a8cce8ce-29cd-
498e-9265-9240b6ba472b;Ip=[52.240.209.173];Helo=[us2-emailsignatures-cloud.codetwo.com]

X-MS-Exchange-CrossTenant-AuthSource:
        BN3PEPF0000B373.namprd21.prod.outlook.com

X-MS-Exchange-CrossTenant-AuthAs: Anonymous

X-MS-Exchange-CrossTenant-FromEntityHeader: HybridOnPrem

X-MS-Exchange-Transport-CrossTenantHeadersStamped: DS0PR04MB8668

6

# Transaction Details

Recipient:
Boundless Energy, Inc.
Attn: Jay Pelletz
President
11 Apex Drive Suite 300A
Marlborough, ME 01752

Sender:
Michael A. Harvey
Munsch Hardt Kopf & Harr
700 Milam, Suite 800
Houston, TX 77002

Transaction created by:  cbernal
User ID:                 11699
Firm Mailing Book ID:    None
Batch ID:

Date Created:                  05/21/2026 1:34 PM
Date Mail Delivered:           05/26/2026 2:25 PM
USPS Article Number:           93147699043000150407299
Return Receipt Article Number: 95909699043000150407291

Service Options:               Return Receipt
                               Certified Mail
Mail Service:                  Certified
Reference #:                   Boundless Clough 23909.2
Postage:                       $0.00
Certified Mail Fees:           $9.70
Status:                        Delivered
Sender:                        M Harvey

# Transaction History

| Event Description | Event Date | Details |
|---|---|---|
| USPS® Return Receipt | 05-21-2026 02:14 PM | [USPS] - RETURN RECEIPT ASSOCIATED at HOUSTON,TX |
| USPS® Certified Mail | 05-21-2026 04:41 PM | [USPS] - PRESHIPMENT INFO SENT  USPS AWAITS ITEM at HOUSTON,TX |
| USPS® Certified Mail | 05-22-2026 06:13 PM | [USPS] - ORIGIN ACCEPTANCE at HOUSTON,TX |
| USPS® Return Receipt | 05-22-2026 06:13 PM | [USPS] - ORIGIN ACCEPTANCE at HOUSTON,TX |
| USPS® Certified Mail | 05-22-2026 07:28 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at NORTH HOUSTON TX DISTRIBUTION C |
| USPS® Return Receipt | 05-22-2026 07:28 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at NORTH HOUSTON TX DISTRIBUTION C |
| USPS® Certified Mail | 05-22-2026 10:33 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at NORTH HOUSTON TX DISTRIBUTION C |
| USPS® Certified Mail | 05-25-2026 11:19 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at SHREWSBURY MA DISTRIBUTION |
| USPS® Certified Mail | 05-25-2026 11:20 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at SHREWSBURY MA DISTRIBUTION |
| USPS® Certified Mail | 05-26-2026 04:14 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at SHREWSBURY MA DISTRIBUTION |
| USPS® Certified Mail | 05-26-2026 02:25 PM | [USPS] - CERTIFIED MAIL DELIVERED LEFT WITH INDIVIDUAL at MARLBOROUGH,MA |
| USPS® Return Receipt | 05-27-2026 06:33 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at BOSTON MA DISTRIBUTION CENTER |
| USPS® Return Receipt | 05-27-2026 06:48 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at BOSTON MA DISTRIBUTION CENTER |
| Returned Green Card | 06-09-2026 01:44 PM | Created from USPS event |
| USPS® Return Receipt | 06-09-2026 01:44 PM | [USPS] - RETURN RECEIPT DELIVERED INAT MAILBOX at HOUSTON,TX 95909699043000150407291 |

**Bernal, Crissy**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Jay Pelletz; Tyson Traveller |
| **Sent:** | Wednesday, June 3, 2026 12:46 PM |
| **Subject:** | Undeliverable: Clough v Boundless - Corr to Client w Court's Electronic Order |

 **Office 365**

Your message couldn't be delivered to multiple recipients.

# The recipients weren't found at boundlessinc.com.

| **Cbernal** | **Office 365** | **Recipients** |
|---|---|---|
| **Action Required** | | Recipients |

Unknown To address

Couldn't deliver to the following recipients:
jaypelletz@boundlessinc.com, tysontraveller@boundlessinc.com

## How to Fix It

The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link "**To send this message again, click here.**" Then delete and retype the entire recipient address. If prompted with an Auto-Complete List suggestion don't select it. After typing the complete address, click **Send**.
- Contact the recipient (by phone, for example) to check that the address exists and is correct.
- The recipient may have set up email forwarding to an incorrect address. Ask them to check that any forwarding they've set up is working correctly.
- Clear the recipient Auto-Complete List in Outlook or Outlook on the web by following the steps in this article: Fix email delivery issues for error code 5.1.1 in Office 365, and then send the message again. Retype the entire recipient address before selecting **Send**.

1

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

*Was this helpful? [Send feedback to Microsoft](#).*

## More Info for Email Admins

*Status code: 550 5.1.1*

This error occurs because the sender sent a message to an email address outside of Office 365, but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the **How to Fix It** section above don't fix the problem, and you're the email admin for the recipient, try one or more of the following:

**The email address exists and is correct** - Confirm that the recipient address exists, is correct, and is accepting messages.

**Synchronize your directories** - If you have a hybrid environment and are using directory synchronization make sure the recipient's email address is synced correctly in both Office 365 and in your on-premises directory.

**Errant forwarding rule** - Check for forwarding rules that aren't behaving as expected. Forwarding can be set up by an admin via mail flow rules or mailbox forwarding address settings, or by the recipient via the Inbox Rules feature.

**Mail flow settings and MX records are not correct** - Misconfigured mail flow or MX record settings can cause this error. Check your Office 365 mail flow settings to make sure your domain and any mail flow connectors are set up correctly. Also, work with your domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see [Fix email delivery issues for error code 550 5.1.1 in Office 365](#).

## Original Message Details

| | |
|---|---|
| Created Date: | 6/3/2026 5:45:23 PM |
| Sender Address: | Cbernal@munsch.com |
| Recipient Address: | jaypelletz@boundlessinc.com, tysontraveller@boundlessinc.com |
| Subject: | Clough v Boundless - Corr to Client w Court's Electronic Order |

## Error Details

| | |
|---|---|
| Error: | *550-5.1.1 The email account that you tried to reach does not exist. Please try 550-5.1.1 double-checking the recipient's email address for typos or 550-5.1.1 unnecessary spaces. For more information,* |

2

*go to 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser
41be03b00d2f7-c85df1ebf60si4178949a12.311 - gsmtp*

Message rejected by:  mx.google.com

## Notification Details

Sent by:                BL0PR04MB6547.namprd04.prod.outlook.com

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH |
|---|---|---|---|---|
| 1 | 6/3/2026 5:45:24 PM | BY5PR04MB6900.namprd04.prod.outlook.com | BY5PR04MB6900.namprd04.prod.outlook.com | mapi |
| 2 | 6/3/2026 5:45:24 PM | BY5PR04MB6900.namprd04.prod.outlook.com | PH0PR04MB9907.namprd04.prod.outlook.com | Microsoft SMTP Se cipher=TLS_ECDH |
| 3 | 6/3/2026 5:45:30 PM | SN1PR07CU001.outbound.protection.outlook.com | us2-emailsignatures-cloud.codetwo.com | CodeTwo SMTP Se |
| 4 | 6/3/2026 5:45:32 PM | us2-emailsignatures-cloud.codetwo.com | SJ5PEPF000001E9.mail.protection.outlook.com | Microsoft SMTP Se cipher=TLS_ECDH |
| 5 | 6/3/2026 5:45:32 PM | SJ5PEPF000001E9.namprd05.prod.outlook.com | BY3PR05CA0039.outlook.office365.com | Microsoft SMTP Se cipher=TLS_AES_2 |
| 6 | 6/3/2026 5:45:33 PM | BY3PR05CA0039.namprd05.prod.outlook.com | BL0PR04MB6547.namprd04.prod.outlook.com | Microsoft SMTP Se cipher=TLS_ECDH |

## Original Message Headers

ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;

b=2ymc/clJ3ivwll4JvPsYlWQlly}15-ChS/ZWRbjxhzvwCTsQSXN6g3SXXYLAYSScSlnnSlJJC/CyqCPY5j24pxY
RlSgR8g4CtdAwfnAamrgHrVT-VlgRe3-Cydl43GuQc174XsN/3P8sUXSXvokr02r0FSiwlJWhrel3x/lyhAmov/4G
juvSM-D04l8yonspckQ2N7roYksTjIhs1X9LaWovxJlqrLs2UlRugMZZrSVN/zwR/jVSigRUzAKcwV045PsTX8OxA
rVWUO-xR1yS-ym*Xahcl t3Vy.ShSqKov/s-oRVx14Rlg/SY1JHronzVslvJKU/Vn0o.3xqrWVN6ow.-

ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
s=arcselector10001;
h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-
MessageData-ChunkCount:X-MS-Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-
MessageData-1;
bh=Ad/jE1DbxXZw,zUAVV8CTInlfhkPlOn4DvYY2gDqgI4=;

b=jM-7YZwLnK08JJ14ZETl2Qs9LpCOR-aSjSX/nAl7pn1TxMpzyj2llgtlZWq4AbqDON.bUVodjnqbq.26/hnAKJ
sYPcdWymacXsFCoVlo3CVKdpo-SoiOCrV4lQd8aXc/PvvW/o-b8nYCdoKCnledqpDJAGc+vifiVEPJKRiG4goyHW
rIKYILKQlZKqRlyw4Qol67Wlln9kaSlpRn8oVCDuKCdTlODRj8CA1VnclX9gXzusRWMnlfARoJnLo8SXpc9823Tnd
o-xePvqwoyYileJJ3VtVWS1A/lAKoV80wh.14JlaFN/S9Tn88+VVM3*1NaowH4n-08Co/Ywol4g-

ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass (sender ip is
52.240.209.173) smtp.rcpttodomain=boundlessllc.com smtp.mailfrom=mmutech.com;
dmarc=pass (p=quarantine sp=quarantine pct=100) action=none
header.from=mmutech.com; dkim=none (message not signed); arc=none (0);
dkim-signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

3

d=munsch4.onmicrosoft.com; s=selector2-munsch4-onmicrosoft-com;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=Az/jE1DbxXZwjzUAVY8CTImlIbkFlOm4PvYY2gDqg14=;

b=X-O8e-IlvM6r1nEFWRc3W2Pdv5OyAvc52UnDlz0x1RgDxwu5x1Mbk9rb6CyoRnx/owyn4Uo3RcO8u/Wc3by++og
/yYQo8esNtUYs4-hpfQ1mc4r45mqyC2261SnaRUM-/PAoaXlIL4r/SUIGofG-69cNzkvCh+4StbFNcbFcxM84-

Received: from BY3PR05CA0039.namprd05.prod.outlook.com (2603:10b6:a03:39b::14)
 by SH0PR04MB6547.namprd04.prod.outlook.com (2603:10b6:209:1cb::14) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.21.92.7; Wed, 3 Jun 2026
 17:45:33 +0000
Received: from SJ5-HP49O3CCO01H9.namprd05.prod.outlook.com
 (2603:10b6:a03:39b:cafc::79) by BY3PR05CA0039.outlook.office365.com
 (2603:10b6:a03:39b::14) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.21.92.7 via Frontend Transport; Wed, 3
 Jun 2026 17:45:32 +0000
X-MS-Exchange-Authentication-Results: spf=pass (sender IP is 52.240.209.173)
 smtp.mailfrom=munsch.com; dkim=none (message not signed)
 header.d=none;dmarc=pass action=none header.from=munsch.com;
Received-SPF: Pass (protection.outlook.com: domain of munsch.com designates
 52.240.209.173 as permitted sender) receiver=protection.outlook.com;
 client-ip=52.240.209.173; helo=us2-emailsignatures-cloud.codetwo.com; pr=0
Received: from us2-emailsignatures-cloud.codetwo.com (52.240.209.173) by
 SJ5DDF701001H9.mail.protection.outlook.com (10.167.242.137) with Microsoft
 SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.21.92.8 via Frontend Transport; Wed, 3 Jun 2026 17:45:32 +0000
Received: from SN1P223/CU001.outbound.protection.outlook.com (40.93.14.99) by us2-
emailsignatures-cloud.codetwo.com with CodeTwo SMTP Server (TLS12) via SMTP; Wed, 03 Jun
2026 17:44:40 +0000
Received: from BY5PR04MB6910.namprd04.prod.outlook.com (2603:10b6:a03:229::20)
 by BYJPR04MB3907.namprd04.prod.outlook.com (2603:10b6:a11:3ee::10) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.21.71.17; Wed, 3 Jun 2026
 17:45:24 +0000
Received: from BY5PR04MB6910.namprd04.prod.outlook.com
 (fe80::2271:751b:6e4:1748) by BY5PR04MB6910.namprd04.prod.outlook.com
 (fe80::2271:751b:6e4:1743%4) with mapi id 15.21.0092.006; Wed, 3 Jun 2026
 17:45:24 +0000
From: "Hernal, Crissy" <Cberna@munsch.com>
To: Jay Phillips <jayphillips@boundlessinc.com>
CC: Tyson Traveler <tystntraveler@boundlessinc.com>, "Ingle, Pam"
        <pingle@munsch.com>, "Madden, Melanie" <mmadden@munsch.com>, "Hernal, Crissy"
        <Cberna@munsch.com>
Subject: Clough v Boundless - Corr to Client w Court's Electronic Order
Thread-Topic: Clough v Boundless - Corr to Client w Court's Electronic Order
Thread-Index: Adugl94IE76-GvvSaCHc3qGI/knlWg==
Date: Wed, 3 Jun 2026 17:45:23 +0000

4

Message ID:
<BY5PR04MB6900D2BDB85C1D6DEAD76EE5CE132@BY5PR04MB6900.namprd04.prod.outlook.com>

Accept-Language: en-US

Content-Language: en-US

X-MS-Has-Attach: yes

X-MS-TNEF-Correlator:

x-mdn-dl:
dZPJbtswHIzfRdCbCBzVsaImAbxLzeiHapweegTUkTQJxV3poRO1yiuxEnkoRRsqD/y/2Ue6uqoVGQ0Goj+kONko
sZioCb1PF2fJJ2maDIdJJJ1ZCHUxBF1r1/FwJIr4S5wMkLH2wJ/P0RKYwUZM0VwjOI6ewZ+2IdPCWaOKtFM8J7MDyy
-ULzLvXAjdgnf3a2oMaWD0xh4sQAVfyFxoHY4XGaDU0horz0104xsgswNi31tdvsaysyDV0-0V8YsGImSUdgtr4KAi qi
wLTRnosM+X5EzKhB/OWGDPJ77stTdD6PA61OFzFjJT911JHZPxEfMLWS3KOutuHrsBd54Rm+3u8rcM4os74xvL/GL
x+8PHVdk+/vyg9nvdi98cgQH0g/QvYiN5vV1CguUu2isooST0A-2ctsNS0s3jqyDYizLVJ/s/asuPcAzKCH3NXi+8
I574JiuxEytpsomnylDDlFhIqva/RTBRom19+GL+1ZaRrTYErXr6bdd8bOZ/o9Hun19zLZ19iz2ZPKX1oGPTh+8/8d
y8vo4uoiMofr+s-Qs+

x-sdt-usedemail: cbemail@munsch.com

x-sf-inspectorhandled: 1

Authentication Results Original: dkim=none (message not signed)
 header.d=none;dmarc=none action=none header.from=munsch.com;

x-ms-traffictypediagnostic:
        BY5PR04MB6900:EE_|DM0PR04MB9907:EE_|SJ5PEPF00100109:EE_|BL0PR04MB4847:EE_

X-MS-Office365-Filtering-Correlation-Id: b0cccfdf-1242-414c-91b4-08dec19/e91c

X-MS-Exchange-SenderADCheck: 1

X-MS-Exchange-AntiSpam-Relay: 0

X-Microsoft-Antispam-Untrusted:
BCL:0;ARA:13230040 376014|1810799024|366016|8049253003|41513109003|8096899003|1800299213|
1807070020|11062799006|56012099006;

x-microsoft-Antispam-Message-Info-Original:
TTpcTlhkNkaguQ-iuV0iekBgoIkIoLGD/FVvLbcdpcTEXT_gFWi8XJ3BAucThETAU9oTuJzCPquA5NYW7UZUn72UL
ohVvkSkT/4geni466 vUi1GZ1ej;MSwJUUjnFf4gMN3543iv+PiY0R81kvAmtKJL9k8V25q+nCo Qx+Ht+dkUyYmVw
YbPb0w5bR cngRqy91dPv5GJ/WwsCYHyT2hHDynTTChRTxInTLIIowVMIGUBUYOSTKwLTgdVVoLLuwJ4S7wKIDwGLd
Tr/9sk4QQir4u°goxXeGwh4weI+UckUYsmmialimm3xQGVruPQ;mGCPL6hu7DjbJJuquqaYd3Y/h+L3Nsyvhs0ir50
Ia00 +cuyzok!D8Ty03BKWHTmvcHIaV4+rQQi0c1+VJ6cnelPcxN+W2mP1vksPj+Bovyv+4d9C4+42xxJhoZ2scg
VRUq3sVIZkPiKs8IvCVsL6KDUyWokIings1RqJUJ_nvblKJ7HHIRKEIygwCSSZ8d5HLKbNQ!uN7Ni17B2bg4Yol7V
+zR*42rj3SGaghnH/dNP28Wia0iRR1oPVpK29qnt/mGi59KTM+Vz;V1DHuNim1N0ay3uU8w9eis31+s/Uban7i g
+SPhydVYGuUJ6+bVkg+o+jIU5wKLxC5Go4Ncy78vnVkQVLks1X4wiLInXUoLaYEx7FLUSI;CPnnZt/5inii71ujvV
tFbGuhetK2No/g--

X-Forefront-Antispam-Report-Untrusted:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BY5PR04MB6900.namprd04.pr
od.outlook.com;PTR:;CAT:NONE;SFS:(11230140)(376014)(1800799024)(366016)(8049299003)(40555
9911 3)(8096899003)(1800299003)(3817070030021)(11062799006)(56012099006);DIR:OUT;SFP:1102;

Content-Type: multipart/mixed;
        boundary="_004_BY5PR04MB6900D2BDB85C1D6DEAD76EE5CE132BY5PR04MB6900namp_"

MIME-Version: 1.0

X-Exchange-RoutingPolicyChecked:
nPn991VDomf0PsHWsoAs4tQRO4RFiU4YAKS4UHHH4dSDi8JVMs9kivsRffgQVuh1N4++owXsku3yHukd+gVIQLiHn
07zxgPuGV7LLd1nCH2DbQdaGv1pLIxB1nih2cV7LR3cqUIRu7LXMFFxa5CUis5ihzMb45yTXsMSkNORA6j4vyko1i
AVA9jUntY1b2Urp4a38ce4Sop5Ub71TUgr4MczqQjKz/uUYWomigd*kzCF3Amwrbdchda/XKClaosipw8okDvHAY8
/LnX9JILj9/hZ9wEogodL49djK0015voWRdXULdgTdNqK8Vs7KiDKuiVM013H13msYqXgH+NAC+BO--

X-MS-Exchange-Transport-CrossTenantHeadersStamped: DM0PR04MB9907

X-TwoInTwo-Message-ID: 0G3bu14b-7512-41na-a218-db2c149d17ad;2026041311745298t82-
emailsignatures-cloud.codetwo.com

References: 4G1cfFgF8_8Rn+4E6/css6+/cbellba*82F.Uso1/*39-99AJ4ud*Bcio
TTets padi5L.SGlisoo; 1970 4ed* 800c 4cioolacobcb000eemailsignatures@ss.codetwo.com>

X-TwoInTwohermsent: true

Return-Path: Cbernal@munsch.com

X-EOPAttributedMessage: 0

X-MS-Exchange-Transport-CrossTenantHeadersStripped:
SJ5PEPF00000149.namprd05.prod.outlook.com

X-MS-PublicTrafficType: Email

X-MS-Office365-Filtering-Correlation-Id-Prvs:
9cede430-4b1b-4606-d131-08dcc197c1dc

X-Microsoft-Antispam:
BCL:0;ARA:13230040|14060799003|82310400026|1800799024|35042899022|36660700016 6049
299905|376014|61337690003|40613099003|13002099003-6801209906 |11061799006|5023799004|809639
9003;

X-Microsoft-Antispam-Message-Info:
XhQldWn9IyV8r:CS9 1Pq4/hUKbKP4Ju2wWuc4Dh2V+pICPWTk65blzWjU8uannUDExqL1JAkoEdn-4EFZ
veYedipR8RdN43Aot2hD2z9!/vAghxNyoYrQ4f3XGCH4tPb/pekClbrv9Cot ROalkVV6T2eknst/SVsboBAnHb"TV
xP9CAhgLX/LXj3v99mRWvTLCFy9DKYhn69MuoYkTgFpYJKW4NFUmRRwh7qtyno4d31nBH25d4NuCKTRA7fbLsjgy
cX8Qp9sAdC1974D37mI2bWbdbRJyyxaSn7qvIPh16WEOyhL8vtAkk16N1Rm923DaP/+dHpRsh9C2y XoqEFL7jSkX
Hb1!xqSWxchSMtNRu!Pz/!bY+5!PNKRQoR6aqSk5UxVzsX!iNmd8!Dxm/0CX2x1/Px++oMr3UCFP!u+dCFsxq+Fwa
0rQ18J/nl6ZrYZJ5/4WbRFOYuUTIVIToVMOSeQOuknjgKw5PolTr8pwigr8/o591HQ/3xuOh6aaUSCv/BlWwpD1H8Y
12CV8RgYhvWCKMRCQ+F8WU+9FFyWuyNkAigyPDRdYSL/yrlDY/r7yxb26gdhxzhbg/O93CIePKYcV4F!tA3pySGl9c
So8jShq4y/CTDW9cLj3FInNO8U!42ha01g1N8VRlb4Lgq26ZK2opcV!4pcn9ho2s+uPeTKvyp4B5QHMdXayxv11BO

X-Forefront-Antispam-Report:
CIP:52.240.209.173;CTRY:US;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:us2-
emailsignatures cloud.codetwo.com;PTR:us2 email signatures
cloud.codetwo.com;CAT:NONE;SFS:(13230040)(14060799003)(82310400026)(1800799024)(35042899
022)(36360700016)(6043299003)(376014)(6120799002)(40639099013)(13002099003)(6801209906)(11
061799006)(5023799004)(809639900S);DIR:OUT;SFP:1101;

X-MS-Exchange-AntiSpam-MessageData-ChunkCount: 1

X-MS-Exchange-AntiSpam-MessageData-0:
Uju/wasDwg169QxtnRThMZCtLzENGI5WS1000A3LM2n/7C!YA-IWB56NJ4wl1370jnYS0vSaKKuiwjC1wU
9awnqpChnHm342RH+/W9H!jujU36Kk99+QDW04U03-!VnsggdNx4DR+!3xtrF9T9j0S++uvthXoHTpdrOUKHCbbek
5OuChagLVjvYKW/anOIggblWBIIwSIQErrcaOKLLMPdk0/GOm3dTLlRoAqqMyn12U3K+ZhOv6edJ1TS6sqsA7sr5
6dvyVj9!A3o0mwv-njWgl6yRc19keS/2a-qwf5d"XoS4+sH!+rlevC+8sX!VcKq3vFCbyjkav2v8"jsk/Q!QdLsKe
WA9PJAnkCFwQwtTGhnANUQycBuCaE8o2Z14-NXCYvr/Ylvurj!51XQHIIYh8Jr3SnDKJH!3TTNINDEZHa&ICCDRu9vr
/WO3q!uh2X

X-OriginatorOrg: munsch.com

X-MS-Exchange-CrossTenant-OriginalArrivalTime: 05 Jun 2026 17:45:32.0843
(UTC)

X-MS-Exchange-CrossTenant-Network-Message-Id: 8Cbcd9f! D2d? 41ac-81c4 18dec197c90d

X-MS-Exchange-CrossTenant-Id: a8cce8ce 29d0 49de 526c 324b08c44720

X-MS-Exchange-CrossTenant-OriginalAttributedTenantConnectingIp: TenantId=a8cce8ce 29c0
4980-9265-924b06ba4720;Ip=[52.240.209.173];Helo=[us2-emailsignatures-cloud.codetwo.com]

X-MS-Exchange-CrossTenant-AuthSource:
SJ5PEPF00000149.namprd05.prod.outlook.com

X-MS-Exchange-CrossTenant-AuthAs: Anonymous

X-MS-Exchange-CrossTenant-FromEntityHeader: HybridOnPrem

X-MS-Exchange-Transport-CrossTenantHeadersStamped: BL0PR04MB4647

6

# Transaction Details

Recipient:
Boundless Energy, Inc.
Attn: Jay Pelletz
President
11 Apex Drive Suite 300A
Marlborough, ME 01752

Sender:
Michael A. Halrvey
Munsch Hardt
700 Milam St, Ste 800
Houston, TX 77002

Transaction created by:  cbernal
User ID:                 11699
Firm Mailing Book ID:    None
Batch ID:

Date Created:                  06/03/2026 10:35 AM
USPS Article Number:           93147699904300150830943
Return Receipt Article Number: 95909699904300150830945

Service Options:        Return Receipt
                        Certified Mail
Mail Service:           Certified
Reference #:            Clough - 23909.2
Postage:               $0.00
Certified Mail Fees:    $9.70
Status:                 Undelivered - Forwarded

# Transaction History

| Event Description | Event Date | Details |
|---|---|---|
| USPS® Return Receipt | 06-03-2026 12:14 PM | [USPS] - RETURN RECEIPT ASSOCIATED at HOUSTON,TX |
| USPS® Certified Mail | 06-03-2026 02:26 PM | [USPS] - PRESHIPMENT INFO SENT  USPS AWAITS ITEM at HOUSTON,TX |
| USPS® Certified Mail | 06-03-2026 08:27 PM | [USPS] - ORIGIN ACCEPTANCE at HOUSTON,TX |
| USPS® Return Receipt | 06-03-2026 08:27 PM | [USPS] - ORIGIN ACCEPTANCE at HOUSTON,TX |
| USPS® Certified Mail | 06-03-2026 09:42 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at NORTH HOUSTON TX DISTRIBUTION C |
| USPS® Return Receipt | 06-03-2026 09:42 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at NORTH HOUSTON TX DISTRIBUTION C |
| USPS® Certified Mail | 06-04-2026 12:08 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at NORTH HOUSTON TX DISTRIBUTION C |
| USPS® Certified Mail | 06-05-2026 11:09 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at SHREWSBURY MA DISTRIBUTION |
| USPS® Certified Mail | 06-06-2026 02:01 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at SHREWSBURY MA DISTRIBUTION |
| USPS® Certified Mail | 06-06-2026 06:10 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at SHREWSBURY MA DISTRIBUTION |
| USPS® Certified Mail | 06-06-2026 01:28 PM | [USPS] - RESCHEDULED TO NEXT DELIVERY DAY at MARLBOROUGH,MA |
| USPS® Certified Mail | 06-08-2026 02:09 PM | [USPS] - FORWARDED at MARLBOROUGH,MA |
| USPS® Certified Mail | 06-09-2026 12:44 PM | [USPS] - NO AUTHORIZED RECIPIENT AVAILABLE at MARLBOROUGH,MA |
| USPS® Certified Mail | 06-14-2026 03:38 AM | [USPS] - REMINDER TO SCHEDULE REDELIVERY at MARLBOROUGH,MA |

**Bernal, Crissy**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Jay Pelletz; Tyson Traveller |
| **Sent:** | Tuesday, June 9, 2026 4:15 PM |
| **Subject:** | Undeliverable: Clough v Boundless - Corr. to Jay Pelletz w Defense Counsel's Sealed Statement |

## Office 365

Your message couldn't be delivered to multiple recipients.

# The recipients weren't found at boundlessinc.com.

| **Cbernal** | **Office 365** | **Recipients** |
|---|---|---|
| **Action Required** | | Recipients |
| Unknown To address | | |

Couldn't deliver to the following recipients:
jaypelletz@boundlessinc.com, tysontraveller@boundlessinc.com

## How to Fix It

The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link "**To send this message again, click here.**" Then delete and retype the entire recipient address. If prompted with an Auto-Complete List suggestion don't select it. After typing the complete address, click **Send**.
- Contact the recipient (by phone, for example) to check that the address exists and is correct.
- The recipient may have set up email forwarding to an incorrect address. Ask them to check that any forwarding they've set up is working correctly.
- Clear the recipient Auto-Complete List in Outlook or Outlook on the web by following the steps in this article: Fix email delivery issues for error code 5.1.1 in Office 365, and then send the message again. Retype the entire recipient address before selecting **Send**.

1

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

*Was this helpful? Send feedback to Microsoft.*

## More Info for Email Admins

*Status code: 550 5.1.1*

This error occurs because the sender sent a message to an email address outside of Office 365, but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the **How to Fix It** section above don't fix the problem, and you're the email admin for the recipient, try one or more of the following:

**The email address exists and is correct** - Confirm that the recipient address exists, is correct, and is accepting messages.

**Synchronize your directories** - If you have a hybrid environment and are using directory synchronization make sure the recipient's email address is synced correctly in both Office 365 and in your on-premises directory.

**Errant forwarding rule** - Check for forwarding rules that aren't behaving as expected. Forwarding can be set up by an admin via mail flow rules or mailbox forwarding address settings, or by the recipient via the Inbox Rules feature.

**Mail flow settings and MX records are not correct** - Misconfigured mail flow or MX record settings can cause this error. Check your Office 365 mail flow settings to make sure your domain and any mail flow connectors are set up correctly. Also, work with your domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see Fix email delivery issues for error code 550 5.1.1 in Office 365.

## Original Message Details

| | |
|---|---|
| Created Date: | 6/9/2026 9:14:31 PM |
| Sender Address: | Cbernal@munsch.com |
| Recipient Address: | jaypelletz@boundlessinc.com, tysontraveller@boundlessinc.com |
| Subject: | Clough v Boundless - Corr. to Jay Pelletz w Defense Counsel's Sealed Statement |

## Error Details

| | |
|---|---|
| Error: | *550-5.1.1 The email account that you tried to reach does not exist. Please try 550-5.1.1 double-checking the recipient's email address for typos or 550-5.1.1 unnecessary spaces. For more information,* |

2

*go to 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser*
*00721157ae682-7ea2167bf0bsi180078147b3.45 - gsmtp*

Message rejected by: mx.google.com

## Notification Details

Sent by:                    *PH7PR04MB8663.namprd04.prod.outlook.com*

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH |
|---|---|---|---|---|
| 1 | 6/9/2026 9:14:32 PM | BY5PR04MB6900.namprd04.prod.outlook.com | BY5PR04MB6900.namprd04.prod.outlook.com | mapi |
| 2 | 6/9/2026 9:14:32 PM | BY5PR04MB6900.namprd04.prod.outlook.com | SJ0PR04MB7517.namprd04.prod.outlook.com | Microsoft SMTP cipher=TLS_ECD |
| 3 | 6/9/2026 9:14:35 PM | BL0PR07CU001.outbound.protection.outlook.com | us1-emailsignatures-cloud.codetwo.com | CodeTwo SMTP |
| 4 | 6/9/2026 9:14:36 PM | us1-emailsignatures-cloud.codetwo.com | BL02EPF00021F68.mail.protection.outlook.com | Microsoft SMTP cipher=TLS_ECD |
| 5 | 6/9/2026 9:14:36 PM | BL02EPF00021F68.namprd02.prod.outlook.com | BLAPR03CA0074.outlook.office365.com | Microsoft SMTP cipher=TLS_AES |
| 6 | 6/9/2026 9:14:38 PM | BLAPR03CA0074.namprd03.prod.outlook.com | PH7PR04MB8663.namprd04.prod.outlook.com | Microsoft SMTP cipher=TLS_ECD |

## Original Message Headers

```
ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;

b=vaipOmeS0j9QJu5n+0AOfR0BALq+76Kq5iFzrrb87viD/GFbqczg+oC1NF+La5QdP4BCFr+NJsgMiiKWjBvpNeO
252H4kTwqUPg2SpGYULruU1WBA9Dd/E/qBt71eBZrXTlebNgCgSg17GrO0ScqTOmnb5dcDxZNxq+J4jvAMPeTuVt4
9YaMDXDBJ6uX6ZEFlI0av04eRaHK1xiDInahongUJW7HxYWqV+eSNpt2mk7goEBOjePGB7u18Zi5VB9IzaPTpL/pW
H1xRi/EsClfPfRXWtWt9GZqC8FtNesQ3F1AQEMGInJw2QzzNSLYf7fWJOGDleMvvXTDEnBfAvulQg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-
MessageData-ChunkCount:X-MS-Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-
MessageData-1;
 bh=TWaF+rWk6moUJ+UTnMeNFuiZYSXb9kVEOgVJIDVPIPo=;

b=hJbFvmFwZwOTP+HfIrTLtxgkycpABdLqELP/+LejmPwiMtP5grZkWwg3zrefav4mDGfLWvoQueZby7/3/4Lk4iX
9bU+Af3kKXuUZj1YiQY9mi+dcLNuD1N0uy0gvN/14SmHL/QV87Rq82JZMDK4uR3Mk1we1MadM8Q7VJoUoVt/jW4jL
eC0Kxz6Psk8F222oBv6juSLNyLJYjt0pScCpc62Gb0dRhAAqWiErcWas3tgr+eB0UDKwGbfiy78OhHHa58bXEYfi/
0kgy7Tfm0z60e3rhly+plT5pDULLu4YOL/6tnZpU7IUf4zhX2dwnPl9B7Cm1Z5c7itvHtuBAkN9Qg==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass (sender ip is
 20.98.2.159) smtp.rcpttodomain=boundlessinc.com smtp.mailfrom=munsch.com;
 dmarc=pass (p=quarantine sp=quarantine pct=100) action=none
 header.from=munsch.com; dkim=none (message not signed); arc=none (0);
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
```

3

d=munsch4.onmicrosoft.com; s=selector2-munsch4-onmicrosoft-com;
  h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
  bh=TWaF+rWk6moUJ+UTnMeNFuiZYSXb9kVEOgVJIDVPIPo=;

  b=TR/hi+Br9/E3/6qFGZAFZ5tVdJ3/i/IhnRUIPxL+910uMNQhJTuQgkjhtQNPVhcClSvqSGyke8Bsy7W0EL9RKaB
  gxqqB/ouQ3k26aOUZHAqC2ajcDtXb5CO8fAQKNnszq2H62aDlw0L5pw+fwdxG+oGcvGmbwKXdllc/Xszcqi3=
Received: from BLAPR03CA0074.namprd03.prod.outlook.com (2603:10b6:208:329::19)
 by PH7PR04MB8663.namprd04.prod.outlook.com (2603:10b6:510:24a::14) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.21.92.13; Tue, 9 Jun 2026
 21:14:38 +0000
Received: from BL02EPF00021F68.namprd02.prod.outlook.com
 (2603:10b6:208:329:cafe::67) by BLAPR03CA0074.outlook.office365.com
 (2603:10b6:208:329::19) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.21.113.10 via Frontend Transport; Tue, 9
 Jun 2026 21:14:36 +0000
X-MS-Exchange-Authentication-Results: spf=pass (sender IP is 20.98.2.159)
 smtp.mailfrom=munsch.com; dkim=none (message not signed)
 header.d=none;dmarc=pass action=none header.from=munsch.com;
Received-SPF: Pass (protection.outlook.com: domain of munsch.com designates
 20.98.2.159 as permitted sender) receiver=protection.outlook.com;
 client-ip=20.98.2.159; helo=us1-emailsignatures-cloud.codetwo.com; pr=C
Received: from us1-emailsignatures-cloud.codetwo.com (20.98.2.159) by
 BL02EPF00021F68.mail.protection.outlook.com (10.167.249.4) with Microsoft
 SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.21.113.7 via Frontend Transport; Tue, 9 Jun 2026 21:14:36 +0000
Received: from BL0PR07CU001.outbound.protection.outlook.com (40.93.4.0) by us1-
emailsignatures-cloud.codetwo.com with CodeTwo SMTP Server (TLS12) via SMTP; Tue, 09 Jun
2026 21:14:35 +0000
Received: from BY5PR04MB6900.namprd04.prod.outlook.com (2603:10b6:a03:229::20)
 by SJ0PR04MB7517.namprd04.prod.outlook.com (2603:10b6:a03:32d::24) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.21.92.14; Tue, 9 Jun 2026
 21:14:32 +0000
Received: from BY5PR04MB6900.namprd04.prod.outlook.com
 ([fe80::227f:751b:6e4:1748]) by BY5PR04MB6900.namprd04.prod.outlook.com
 ([fe80::227f:751b:6e4:1748%4]) with mapi id 15.21.0092.011; Tue, 9 Jun 2026
 21:14:32 +0000
From: "Bernal, Crissy" <Cbernal@munsch.com>
To: Jay Pelletz <jaypelletz@boundlessinc.com>
CC: Tyson Traveller <tysontraveller@boundlessinc.com>, "Harvey, Michael"
        <mharvey@munsch.com>, "Ingle, Earl" <eingle@munsch.com>, "Madden, Melanie"
        <mmadden@munsch.com>
Subject: Clough v Boundless - Corr. to Jay Pelletz w Defense Counsel's Sealed
 Statement
Thread-Topic: Clough v Boundless - Corr. to Jay Pelletz w Defense Counsel's
 Sealed Statement
Thread-Index: Adz4VMC4o6x9hkyTREWRQ+5MbPesBg==

4

Date: Tue, 9 Jun 2026 21:14:31 +0000

Message-ID:
<BY5PR04MB690097D71BC5045596318F8ECE1D2@BY5PR04MB6900.namprd04.prod.outlook.com>

Accept-Language: en-US

Content-Language: en-US

X-MS-Has-Attach: yes

X-MS-TNEF-Correlator:

x-mde-cl:
7VRbb5swGP0rFi97WaMQIIGtrZRLWbsmFWs6TXs09gc4MTYzJpdW++8zUaStOHnfQyT7wed8/q72ub4uKSApOBOA3
px0SDLih5h6qUtcfzQgLuCwH/okdTMgWYr7Hhl05HxyBv3BsNc3K0Jz0BoU0hJNOQOh0Rbd7VCClQa0BMyBoqXGGs
qW8yPXvXKj0LsaeUMfbXpur6KZ39GZSrEBpV9kMouN/wzzGgxsTmMhpLnPpKgNMQMO+shMMeey0RbMFOHQRRPJ97n
tI1YAc1N+F79necHNtryfMk5AEMYXWK2ZyC1SSZkpwNRwrUmXX8pGUAv81WBlxTEoy3O+/y4oKH4iEdPosrJBRtb7
J61PmCu2Bl0o2eRFh3uBnZ7InXXnbOxJw7h+EKbcygySWfy40YVU3VmZxrSjnZkHcoqyLjzCfiuV1a+FpCxj5Jwvk
xRtCHSdLZt0BUR3K2eaW8k0tZbl2doeyupAPQPFpM3B8HPAmyP9FW/wkihWdUPFjMNYa0yK9ndYHZVyXR5fzD/eYq
nKmAGnHfx+Kx0m894e1+3xLqGryZfXMHyKytFKRY/ffiZxfnODPqNz1PP7zYmCIPSp67k08Dwv8gM3CAc48gdhahZ
1MQ7IaIjxe0WYQQaCYqE/1H+14Bnqynw/QArQQrY9aiXjB9MFVXh7EI2CpUyj8UURLopwUYT/UhFub/8A

x-sdh-usedemail: cbernal@munsch.com

x-sf-inspectorhandled: 1

Authentication-Results-Original: dkim=none (message not signed)
 header.d=none;dmarc=none action=none header.from=munsch.com;

x-ms-traffictypediagnostic:
        BY5PR04MB6900:EE_|SJ0PR04MB7517:EE_|BL02EPF00021F68:EE_|PH7PR04MB8663:EE_

X-MS-Office365-Filtering-Correlation-Id: 2b5cdf75-4215-4539-13ce-08dec66c1c4b

X-MS-Exchange-SenderADCheck: 1

X-MS-Exchange-AntiSpam-Relay: 0

X-Microsoft-Antispam-Untrusted:
BCL:0;ARA:13230040|6049299003|366016|376014|1800799024|38070700021|56012099006|1106379900
6|1800209900³|4053099003|8096899003;

X-Microsoft-Antispam-Message-Info-Original:
c5uYSWLoN0cWlSyz+HtoZgANKn4hiTpt0grYBb9DsGFezGmRlkQEas4Qj2TRA6aAKIFleHqtSvWpKo3+hao2wrNJa
NQ2tj5qKxvXHH47Jhx+L7p9nbEJNtpY3vckpdbar90T6D8I1HsQBF06aaDccoKlbj//l2VzWc+kGRQOoCG2LpARuO
sgOc7D3/obuztwUmQwGAb31Ln34jPxH2xjG40P2B8YCc7QUiPRLGFPsphxWmsdoBl188EXFfl3K1wHez0c19A4RMZ
9P8HydAKuF2ynvTTKfRi2M0piQHRKO75ZTSo1nQsezItdj8Y7uaofu0JLd0vYl4Tw1g5QtEuGKHNAhtV+8dtSX7Lr
Zzcr81S+jBXuqFtdRSOFU41tddA69ED8xMQ+zxzs3Bbed4YxlQVIT9HOrBhCFn0/JAkmIxofQT1AMtbRBiVP3pprL
FfFdxgkj1D5w9DFajY9XvhMF2ptEOCN5j+XZV6BXPVFT5rLxocb4zAnvsNsMMq4rmLE5wRem4n89+c2hOdECN0N4
X7hIHnDI1J9DWzKnBlAJPkLC0kbRmveb04HNB3hBPWtDFTPbnZyV+ItaoGFz2higqozvd7GV2WVlchFPJfB25q3/V
MY2oE/egRvgYJ5fJQAwpycaiy1X0H4fxcnXpEWPAlSHxJ3v46nDc24DZYTF9RzZBGdXlmk7955MaYy3K4mu6gDH9v
6dEeSdMxJv1bVg==

X-Forefront-Antispam-Report-Untrusted:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BY5PR04MB6900.namprd04.pr
od.outlook.com;PTR:;CAT:NONE;SFS:(13230040)(6049299003)(366016)(376014)(1800799024)(38070
700021)(56012099006)(11063799006)(18002099003)(4053099003)(8096899003);DIR:OUT;SFP:1102;

Content-Type: multipart/mixed;
        boundary="_005_BY5PR04MB690097D71BC5045596818F8ECE1D2BY5PR04MB6900namp_"

MIME-Version: 1.0

X-Exchange-RoutingPolicyChecked:
FOHya+E1NoBulbyfKPsJOBqi6J6TrfPImqMnNqBgw/X1Jy/xsWhEm4Kg+RVkZWzi2/NF39ezlBiBebMwzfgXFKh/M
FxNgMpthRcWXc0fuogqD00XEDF/GniZbC+dKN7kacxhvAKpfc5rnK8BBim0HW8pLhTHG2d66j5e7k7OR6HtdzKncF
5XGr+iEsUZ3MDUEcOdctsZM3KLoEv20X4kZmgYCnr2UJzbWonFAr0ps5ZftGJv0BskZS9CPA1XfUcZ8e6uXa089zo
rJFL4ITC85FuW24JDM0x71DpqkBsSiIrh0Pp8EHEUyl£tPIv2vkD5FX0Dtg79XMq4mU3jArLEgg==

X-MS-Exchange-Transport-CrossTenantHeadersStamped: SJ0PR04MB7517

X-CodeTwo-MessageID: e52fb29c-89a7-40c4-b345-f5fde4d4fde3.20230609211435@us1-
emailsignatures-cloud.codetwo.com

References: <01dff8f6-818c-4067-b565-7b5e315afd2f.04cd3f21-ea8f-4495-bf17-a08ea95dfff0.11e39b5c-b1e0-4f8e-8f56-ee2815cb03b6@emailsignatures365.codetwo.com>

  <01dff8f6-818c-4067-b565-7b5e315afd2f.03b57f39-99f3-4ddf-8b1b-115061dd9f54.a0510d5e-7c61-4263-8a8e-d6600ed9c96b@emailsignatures365.codetwo.com>

X-CodeTwoProcessed: true

Return-Path: Cbernal@munsch.com

X-EOPAttributedMessage: 0

X-MS-Exchange-Transport-CrossTenantHeadersStripped:
BL02EPF00021F68.namprd02.prod.outlook.com

X-MS-PublicTrafficType: Email

X-MS-Office365-Filtering-Correlation-Id-Prvs:
    52792a08-b855-4df0-5662-08dec66c197f

X-Microsoft-Antispam:
    BCL:0;ARA:13230040|14060799003|36860700016|6049299003|7149299003|82310400026|18007
99024|35042699022|376014|4076899003|8096899003|4053099003|13003099007|6133799003|18002099
003|4143699003|5023799004|11063799006|56012099006;

X-Microsoft-Antispam-Message-Info:
    WeymjoG/gPOVlqMLLTN4DDmxIE9fS2yvDAZeRSAL7+ZJtbK5kDtDPCSvUdLOMY0Y4Iy4kwS72ZjCguY3Nf
jStL2Xw2b6KIrmrC0btruDfxhLINpcJDXqmOM5J8OJtV5ih+oRDhjBZd6BSLXUzyK6Kstf7cZRQOd3hdaX4GRUgCv
MMSUQN+F9IUIgb79c1S8DvU6VA3PSyygVqhdny3m5WbEPyjO5n/cpQ4UDcxJ67T53b6Hf62gH/UdMUXHMS/K92dGv
6O2DS19HoJCz7Itc8cRAwwk97qtfAuge4xuNUpR9Bg8NVaWy6STUvCWpcC8joRQghJ8/pfZ+swvuF2xIf4fW12Ngl
sq/biJlJJ8KeQVeMM08jAPId8SU4Pn89J7RrcaGxALVulDm+oNrMxu106xAW3fC8Rgg6AZwDCAVELvfCyhzJJCcsp
6n5FCt9odLCFYw2AizZvTT+x36YJYYlXBqZ3gL09PnrcGkPKhuUU4l0ABCYErnyRhGKiwCU+ofxY8TT2nmfJoLXkO
DK/9LSYTNTKmKWQjk9jfZ5eknma26buSVnWbNhmSHCHQoYXGBJaB8yZ+1M1/jxLDwTZCQ0prGKUQVHEcN3yVSRkKv
qfBnalqhHCglJHpDPZ4nq3+L

X-Forefront-Antispam-Report:
    CIP:20.98.2.159;CTRY:US;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:us1-emailsignatures-
cloud.codetwo.com;PTR:us1-emailsignatures-
cloud.codetwo.com;CAT:NONE;SFS:(13230040)(14060799003)(36860700016)(6049299003)(714929900
3)(82310400026)(1800799024)(35042699022)(376014)(4076899003)(8096899003)(4053099003)(1300
3099007)(6133799003)(18002099003)(4143699003)(5023799004)(11063799006)(56012099006);DIR:O
UT;SFP:1102;

X-MS-Exchange-AntiSpam-MessageData-ChunkCount: 1

X-MS-Exchange-AntiSpam-MessageData-0:
    A9tnbsQKsHpFHhVEixGHpeNePp8nu6kpwkRk8fG+m00vNiEee7zvJIYdHbde8q5QKlg17aekSRLegrx3c5
1+mP+ADT2PlFf9PjL21K7b5jw0Tpnszm5pUCfAPOJ5cwyCxQeUTjrQyNqRIQsQ4QLs86XcVtISXumF6Lq7s0c43+L
Eht3teoPT+bMCmpEvTHiU2sxGrR35GgmkWS2TzXH5HiUr60IMMzPI0gyB5d/gG/r+UEUwCFz/NZ5MZWAg5BO9XAFl
rcwjkAon3K3GavDeyplmFvM+/E0j82GpogDwTFkvHHRBTgtU1ZZoMi9j+QVEHhn9NWEXmBf3I4ZVUM3CdwOgvqsTs
4Ip4N6fCAgw2Rbaeseljiin U94YRUpltmo44h6Xft+7ZvmnZYkJJuU933Zod7b7QoaveTES158gEiNUE4rniFvjDC
2sq6Uohpbb

X-OriginatorOrg: munsch.com

X-MS-Exchange-CrossTenant-OriginalArrivalTime: 09 Jun 2026 21:14:36.6009
  (UTC)

X-MS-Exchange-CrossTenant-Network-Message-Id: 2b5cdf75-4215-4539-13ce-08dec66c1c4b

X-MS-Exchange-CrossTenant-Id: a8cce8ce-29cd-498e-9265-9240b6ba472b

X-MS-Exchange-CrossTenant-OriginalAttributedTenantConnectingIp: TenantId=a8cce8ce-29cd-
498e-9265-9240b6ba472b;Ip=[20.98.2.159];Helo=[us1-emailsignatures-cloud.codetwo.com]

X-MS-Exchange-CrossTenant-AuthSource:
    BL02EPF00021F68.namprd02.prod.outlook.com

X-MS-Exchange-CrossTenant-AuthAs: Anonymous

X-MS-Exchange-CrossTenant-FromEntityHeader: HybridOnPrem

X-MS-Exchange-Transport-CrossTenantHeadersStamped: PH7PR04MB8663

6

# Transaction Details

Recipient:
Boundless Energy, Inc.
Attn: Jay Pelletz
President
11 Apex Drive Suite 300A
Marlborough, ME 01752

Sender:
Michael A. Harvey
Munsch Hardt
700 Milam, Suite 800
Houston, TX 77002

Transaction created by: cbernal
User ID:                11699
Firm Mailing Book ID:   None
Batch ID:

Date Created:                   06/09/2026 2:08 PM
USPS Article Number:            93147699904300151075336
Return Receipt Article Number:  95909699904300151075338

Service Options:                Return Receipt
                                Certified Mail
Mail Service:                   Certified
Reference #:                    Clough - 23909.2
Postage:                        $0.00
Certified Mail Fees:            $9.70
Status:                         Mailed
Sender:                         MAH/cab

# Transaction History

| Event Description | Event Date | Details |
|---|---|---|
| USPS® Return Receipt | 06-09-2026 02:13 PM | [USPS] - RETURN RECEIPT ASSOCIATED at HOUSTON,TX |
| USPS® Certified Mail | 06-09-2026 04:26 PM | [USPS] - PRESHIPMENT INFO SENT  USPS AWAITS ITEM at HOUSTON,TX |
| USPS® Certified Mail | 06-10-2026 01:11 PM | [USPS] - ORIGIN ACCEPTANCE at HOUSTON,TX |
| USPS® Return Receipt | 06-10-2026 01:11 PM | [USPS] - ORIGIN ACCEPTANCE at HOUSTON,TX |
| USPS® Certified Mail | 06-10-2026 02:26 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at NORTH HOUSTON TX DISTRIBUTION C |
| USPS® Return Receipt | 06-10-2026 02:26 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at NORTH HOUSTON TX DISTRIBUTION C |
| USPS® Certified Mail | 06-10-2026 04:45 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at NORTH HOUSTON TX DISTRIBUTION C |
| USPS® Certified Mail | 06-12-2026 11:29 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at SHREWSBURY MA DISTRIBUTION |
| USPS® Certified Mail | 06-13-2026 08:06 AM | [USPS] - ARRIVAL AT UNIT at MARLBOROUGH,MA |
| USPS® Certified Mail | 06-13-2026 08:07 AM | [USPS] - RESCHEDULED TO NEXT DELIVERY DAY at MARLBOROUGH,MA |

**Bernal, Crissy**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Jay Pelletz; Tyson Traveller |
| **Sent:** | Wednesday, June 17, 2026 9:49 AM |
| **Subject:** | Undeliverable: Clough v Boundless - Corr. to Boundless w Order No. 34 and Re Response |

## Office 365

Your message couldn't be delivered to multiple recipients.

# The recipients weren't found at boundlessinc.com.

| Cbernal | Office 365 | Recipients |
|---|---|---|
| **Action Required** | | Recipients |

Unknown To address

Couldn't deliver to the following recipients:
jaypelletz@boundlessinc.com, tysontraveller@boundlessinc.com

## How to Fix It

The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link "**To send this message again, click here.**" Then delete and retype the entire recipient address. If prompted with an Auto-Complete List suggestion don't select it. After typing the complete address, click **Send**.
- Contact the recipient (by phone, for example) to check that the address exists and is correct.
- The recipient may have set up email forwarding to an incorrect address. Ask them to check that any forwarding they've set up is working correctly.
- Clear the recipient Auto-Complete List in Outlook or Outlook on the web by following the steps in this article: Fix email delivery issues for error code 5.1.1 in Office 365, and then send the message again. Retype the entire recipient address before selecting **Send**.

1

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

*Was this helpful? Send feedback to Microsoft.*

# More Info for Email Admins
*Status code: 550 5.1.1*

This error occurs because the sender sent a message to an email address outside of Office 365, but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the **How to Fix It** section above don't fix the problem, and you're the email admin for the recipient, try one or more of the following:

**The email address exists and is correct** - Confirm that the recipient address exists, is correct, and is accepting messages.

**Synchronize your directories** - If you have a hybrid environment and are using directory synchronization make sure the recipient's email address is synced correctly in both Office 365 and in your on-premises directory.

**Errant forwarding rule** - Check for forwarding rules that aren't behaving as expected. Forwarding can be set up by an admin via mail flow rules or mailbox forwarding address settings, or by the recipient via the Inbox Rules feature.

**Mail flow settings and MX records are not correct** - Misconfigured mail flow or MX record settings can cause this error. Check your Office 365 mail flow settings to make sure your domain and any mail flow connectors are set up correctly. Also, work with your domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see Fix email delivery issues for error code 550 5.1.1 in Office 365.

## Original Message Details

| | |
|---|---|
| Created Date: | 6/17/2026 2:48:38 PM |
| Sender Address: | Cbernal@munsch.com |
| Recipient Address: | jaypelletz@boundlessinc.com, tysontraveller@boundlessinc.com |
| Subject: | Clough v Boundless - Corr. to Boundless w Order No. 34 and Re Response |

## Error Details

| | |
|---|---|
| Error: | *550-5.1.1 The email account that you tried to reach does not exist. Please try 550-5.1.1 double-checking the recipient's email address for typos or 550-5.1.1 unnecessary spaces. For more information,* |

*go to 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser*
*00721157ae682-7fcd3470223si53691797b3.149 - gsmtp*

Message rejected by:  mx.google.com

## Notification Details

Sent by:            *PH0PR04MB7174.namprd04.prod.outlook.com*

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH |
|---|---|---|---|---|
| 1 | 6/17/2026 2:48:38 PM | BY5PR04MB6900.namprd04.prod.outlook.com | BY5PR04MB6900.namprd04.prod.outlook.com | mapi |
| 2 | 6/17/2026 2:48:38 PM | BY5PR04MB6900.namprd04.prod.outlook.com | CH2PR04MB6572.namprd04.prod.outlook.com | Microsoft S cipher=TLS |
| 3 | 6/17/2026 2:48:45 PM | DM2PR0701CU001.outbound.protection.outlook.com | us1-emailsignatures-cloud.codetwo.com | CodeTwo S |
| 4 | 6/17/2026 2:48:45 PM | us1-emailsignatures-cloud.codetwo.com | DS1PEPF0001709C.mail.protection.outlook.com | Microsoft S cipher=TLS |
| 5 | 6/17/2026 2:48:46 PM | DS1PEPF0001709C.namprd05.prod.outlook.com | DM6PR01CA0006.outlook.office365.com | Microsoft S cipher=TLS |
| 6 | 6/17/2026 2:48:46 PM | DM6PR01CA0006.prod.exchangelabs.com | PH0PR04MB7174.namprd04.prod.outlook.com | Microsoft S cipher=TLS |

## Original Message Headers

```
ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;

b=Slylu89EYNeB73gwroc+rYq0H09tOkteV5PtDgjn9oKgutaD7SxGO2wJQp6zWuHzKdqFK9UIzhsPy5j8x0i+Goh
qfTvjTDs37q30C9J48CfYEHvEl/KR+SoISwXiJCpFBZyAGEtMM/UV7n+nXp8i86e7q6ctacuCo2DTTJvwkWtxM5KY
TTlt0G06lc/UyItDZINNfPg/hxShCdA+KlXarfDKdvMXjhxQcramKnV18Q/luz3t/dY50/NfnL8i0xjYW05VzVqjP
9pXPoWvSL3Hdle0Re7/6owQJPzCoYz0jEyG5OOgHJqAs8AO2hWtX4aTO6fE+rTug7P30U7ZqBWqHQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-
MessageData-ChunkCount:X-MS-Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-
MessageData-1;
 bh=de/y0Flc95ALuwyLEnuHVvpELdb7atValgneS82q9VY=;

b=d1C10dMvZgHe3T21CcoOKgplrbiRELZD/FoU4tYqvn0qPORYWer9woksP3YYYjZrfgUj5xpOHPFG2Vc0aWM8uSa
7eXRajKhEMVWEjdiTFXg/HGIfVcghJAd878rY7rtOmXJCVodk7XjfmKL19X6bHYVSVJowbLAv6VqUaT2DbL2S0RIP
2M437ev/u4R0N6N46Ht5lCDjEPBpmH/wIJ8qAcC37d5Cb3sb5+3jMn8X921MOccNoEYstj+rdaw5KgfxU64p7kvff
ckmJYCcNwRsTxWVVONNZtYHb+BEh06sgluMCDhjezhssqSm9lahcKvMu7HPbsOD6q13IHI/sVFhIQ==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass (sender ip is
 20.98.2.159) smtp.rcpttodomain=boundlessinc.com smtp.mailfrom=munsch.com;
 dmarc=pass (p=quarantine sp=quarantine pct=100) action=none
 header.from=munsch.com; dkim=none (message not signed); arc=none (0)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
```

3

d=munsch4.onmicrosoft.com; s=selector2-munsch4-onmicrosoft-com;
h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
bh=de/y0Plc95ALuwyLEnuHVvpELdb7atValgneS82q9VY=;

b=eRz37NnIeGEaL9wzK+eLKkuxXO86dHCVWgEnNgusDeS0ltNK+P8Yd0nOLOwR6hRWNs+lq4i1vzEo9r42kxn0kgE
yP7AA3rqxzS4rqlm8toK3FL7073x9vDhUzeyK3DhkVMO44CeaQYXEDCXjdtXfqBBcPnSo9FwDZJerez6cxGE=
Received: from DM6PR01CA0006.prod.exchangelabs.com (2603:10b6:5:296::11) by
 PH0PR04MB7174.namprd04.prod.outlook.com (2603:10b6:510:d::14) with Microsoft
 SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.21.139.11; Wed, 17 Jun 2026 14:48:46 +0000
Received: from DS1PEPF0001709C.namprd05.prod.outlook.com
 (2603:10b6:5:296:cafe::1c) by DM6PR01CA0006.outlook.office365.com
 (2603:10b6:5:296::11) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.21.139.11 via Frontend Transport; Wed,
 17 Jun 2026 14:48:46 +0000
X-MS-Exchange-Authentication-Results: spf=pass (sender IP is 20.98.2.159)
 smtp.mailfrom=munsch.com; dkim=none (message not signed)
 header.d=none;dmarc=pass action=none header.from=munsch.com;
Received-SPF: Pass (protection.outlook.com: domain of munsch.com designates
 20.98.2.159 as permitted sender) receiver=protection.outlook.com;
 client-ip=20.98.2.159; helo=us1-emailsignatures-cloud.codetwo.com; pr=C
Received: from us1-emailsignatures-cloud.codetwo.com (20.98.2.159) by
 DS1PEPF0001709C.mail.protection.outlook.com (10.167.18.106) with Microsoft
 SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.21.139.8 via Frontend Transport; Wed, 17 Jun 2026 14:48:45 +0000
Received: from DM2PR0701CU001.outbound.protection.outlook.com (40.93.13.69) by us1-
emailsignatures-cloud.codetwo.com with CodeTwo SMTP Server (TLS12) via SMTP; Wed, 17 Jun
2026 14:48:45 +0000
Received: from BY5PR04MB6900.namprd04.prod.outlook.com (2603:10b6:a03:229::20)
 by CH2PR04MB6572.namprd04.prod.outlook.com (2603:10b6:610:65::14) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.21.139.11; Wed, 17 Jun
 2026 14:48:38 +0000
Received: from BY5PR04MB6900.namprd04.prod.outlook.com
 ([fe80::227f:751b:6e4:1745]) by BY5PR04MB6900.namprd04.prod.outlook.com
 ([fe80::227f:751b:6e4:1748%4]) with mapi id 15.21.0113.015; Wed, 17 Jun 2026
 14:48:38 +0000
From: "Bernal, Crissy" <Cbernal@munsch.com>
To: Jay Pelletz <jaypelletz@boundlessinc.com>
CC: Tyson Traveller <tysontraveller@boundlessinc.com>, "Harvey, Michael"
        <mharvey@munsch.com>, "Bash Estep, Bayley" <bestep@munsch.com>
Subject: Clough v Boundless - Corr. to Boundless w Order No. 34 and Re
 Response
Thread-Topic: Clough v Boundless - Corr. to Boundless w Order No. 34 and Re
 Response
Thread-Index: Adz+aECdNZNUDzh6Tf3xI5fedkuJaA==
Date: Wed, 17 Jun 2026 14:48:38 +0000

4

Message-ID:
<BY5PR04MB69002F8A02CD747A35D2106ECEE42@BY5PR04MB6900.namprd04.prod.outlook.com>

Accept-Language: en-US

Content-Language: en-US

X-MS-Has-Attach: yes

X-MS-TNEF-Correlator:

x-mde-cl:
dZPLctMwFIZfReMlk2kutWNoO5MLpqVpMUlZsFSkYluJrGPko7Quw7ujdLIAKll4of87+s9NvrqqJTA0Whlgv6NUi
OmGF/EkGSXz9HJU8HSYjIdjmU4kJHIzTJONuJzE0cdodDGKBxfzYJiwFRCBZYRsoRUYYi/sm5VeGU8YN5JZYE/QNm
haGDSyiD5ECzR7sPSM+TLzXgXXLXjZn2bGIHFSPtiDJWigIllwrdFRICsrNPTVHHVXhh6ZBVj5Vvv6rSor7b/A/VR
wDkYo/cDtTpkygBaxsMClZ4eQPl+jMzIQfzlugzxeVWWpux/Gz1KfKGRNvG5CUYld94h0ItyqHVBl0ZVVjz3DK33x
NbhzNvfcKU13zrfb+EWqgM8cVWj7u/KDOax2yb1yAgUX7qF7QRvM6wGlKpQ45+WLkk5A32ztNlsQlO9ckQ6KcSlhf
ba3u7p5R08guTjU4PkK+P6Iv/I9Xwurmn5qTGmYEXFRlf4vCSaKuKuPL+YftwztnSnQsqffds37Zv6P5+3h+DmX2/
mXt+n0Ma2TrU3vv//Ms/L6mn1i51D05+bmLw==

x-sdh-usedemail: cbernal@munsch.com

x-sf-inspectorhandled: 1

Authentication-Results-Original: dkim=none (message not signed)
 header.d=none;dmarc=none action=none header.from=munsch.com;

x-ms-traffictypediagnostic:
        BY5PR04MB6900:EE_|CH2PR04MB6572:EE_|DS1PEPF0001709C:EE_|PH0PR04MB7174:EE_

X-MS-Office365-Filtering-Correlation-Id: a482d4c5-1c53-4005-eb75-08decc7f88c8

X-MS-Exchange-SenderADCheck: 1

X-MS-Exchange-AntiSpam-Relay: 0

X-Microsoft-Antispam-Untrusted:
BCL:0;ARA:13230040|1800799024|6049299003|366016|23010399003|376014|8096899003|4053099003|
38070700021|18002099003|56012099006|11063799006;

X-Microsoft-Antispam-Message-Info-Original:
E8cj8fvrcUsX+QRu5+HB8Aw+dpX2MVdMDB3po5NrDNugh0T76qKuwikIdqLiY/KupAa3+mV9ysq9L7SU3sYGYBVf8
R8v9MP8dqdkmGwFNZ/wuTTpvmC5JGKPZOAFfL4l3i7HQqwU3OBvUfhdYfs5YM0pnwnEd+diqE01LewJPPXTBzKr1u
9kIOp16hzBfNlKqcSFLAkkl7qYEi2Sll47clhwHOzV+xROMUEJWRDf+QtPRWx1QHTrMtPuVn8xutFteGitSX21XY5
7evSOAmPLwxZMeg1/7LWCSjBK8zaZgOrLWaYejOZ60tW20LTRJQe0n5rmOnjqQYOKqHzJQIZFbqUEoHYn7Ocsh2v5
TBr6Sha0cgnj+q5HrGG/FM0RKEe67A6HcX5Tc+HXSMjQ6WJiGgFsxy2/tJwsQnTHDzi5DeX1w+J+jhF4TSBEMmDAm
E7/dMjjcnsKV6XXBZv1I+wZVOYFGnintoKVq9ptTaKXwgOtXrH5cFVYYNXs7fl8lvXTp3KA2e9hwcLb3cXuHiWaI0
GtTmLPavOXu34rJBnLKml3Cd4QknPwGP2k9N3iZKGDhnW28lKA65jLCuyqH5127XVx5tm3/i9U6cJ4nQRoEhFpOra
IjZJJ9dbqkCZZ/myaAdaEKLHNrRy7w+e0vIUZvvo84J5awRpoAg4aXlwSRv+m01OYUO/4CMXZsH3l/54WuoXkHihl
dPrpko3gyB++Eg==

X-Forefront-Antispam-Report-Untrusted:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BY5PR04MB6900.namprd04.pr
od.outlook.com;PTR:;CAT:NONE;SFS:(13230040)(1800799024)(6049299003)(366016)(23010399003)(
376014)(8096899003)(4053099003)(38070700021)(18002099003)(56012099006)(11063799006);DIR:O
UT;SFP:1102;

Content-Type: multipart/mixed;
        boundary="_004_BY5PR04MB69002F8A02CD747A35D2106ECEE42BY5PR04MB6900namp_"

MIME-Version: 1.0

X-Exchange-RoutingPolicyChecked:
ZdNLPAYWDO8jRQ9gYoaxnswwQJmvWzoquMzgXufeBKbLyy4lnGCeeDq4wVXcfYNfn3ms0ybXnUIbjtsB1GOXmF714
B/09FCjPB16D0pS25XQxi9aqjKVqlTuDOSIDsg8DcISBgD3G12WPdcHHnBY6doJPGnoqKsm2H9KBQCPxUilxBmosJ
uQdmOOSy3ccVvkz/tvo4/NaanmUJrZJYkR2Snejuo a1aX1yHAPsD+kvcY6ipJKv3LMBrgRkhWfgrSg/uYfnobXNVP
ZCXIU2JrFgh45ULVV/SpHHMkHu2fStN8kT36eRJQdXtMFjvn7KglU3sbpYWODLFcMVuxp0SmrgA==

X-MS-Exchange-Transport-CrossTenantHeadersStamped: CH2PR04MB6572

X-CodeTwo-MessageID: fefcf5cd-611c-4f49-93f8-3125c4e922b7.20260617144845@usi-
emailsignatures-cloud.codetwo.com

References: <01dff8f6-913c-4067-b565-7b5e315afd2f.04cd8f21-ea8f-4495-bf17-
a08ea95dfff0.fe19a1d5-f37b-436d-ae13-dd116925c609@emailsignatures365.codetwo.com>

5

<01dff8f6-818c-4067-b565-7b5e315afd2f.03b57f39-99f3-4ddf-8b1b-115061dd9f54.4339515e-4122-4521-8731-fd9a82193691@emailsignatures365.codetwo.com>

X-CodeTwoProcessed: true

Return-Path: Cbernal@munsch.com

X-EOPAttributedMessage: 0

X-MS-Exchange-Transport-CrossTenantHeadersStripped:
DS1PEPF0001709C.namprd05.prod.outlook.com

X-MS-PublicTrafficType: Email

X-MS-Office365-Filtering-Correlation-Id-Prvs:
        b336a542-2153-49dc-5abe-08decc7f8445

X-Microsoft-Antispam:
        BCL:0;ARA:13230040|36860700016|82310400026|23010399003|1800799024|35042699022|7149
299003|6049299003|376014|14060799003|11063799006|5023799004|4143699003|56012099006|809689
9003|4076899003|6133799003|18002099003|13003099007|4053099003;

X-Microsoft-Antispam-Message-Info:
        MCDmeW2qSvwxpG46iskyw7E36u5o8u49CX+vLGOjd3GMWb2FLTfkXJYvMq2xxcw/9asimWEqxqnPZK7RAz
JRs9TB6X15j9W1rKTO+eTvGLR1LXmaSwbwZZKbehqYuHOMiMRRMX54ydhRPU7eP8m7ibqq5hHsmQiQNXSD8it7Rvi
wlOkNCiFW2b+quaLO8NQjKZF/9uJKwpIYVZYbmDAXreOFBouRdXTlwrtdsUbRp8ltt0nT9WJzhuisaKb24kgJhDy2
OradNhyuaFB/HjlpVc1L6v6U1OddLJpAWeRzbrUhQCUNbf5SKNFnRwRopztIv95NJc2nBZn198fiIfv2MARpo2rRv
8c2S3ZATaPPL10VAdAnScWOasUP1SXxHopLxQ3jkZqUAmoQesNThZWm4fhU4DJ6syUj2QwNj7eMsEoWPFX8sMB6aN
aygnYqvghkjtXulQUFFCtnPXxjTFuYF5vrreDgMYQPJ6bD97Azn7aYypdEL/unTeOHuWsPfM/bu2+q3ZcZEIrN+Uh
1McjSKeK7bfEfNizg3O5agYu0bXBciq+HSfs8/gCKO6SewcKE+ePpHj14on4JEXMyhemyTTbKZixO9XmqUTitparD
VNHs09qstpWVAlbdn70tTMly

X-Forefront-Antispam-Report:
        CIP:20.98.2.159;CTRY:US;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:us1-emailsignatures-
cloud.codetwo.com;PTR:us1-emailsignatures-
cloud.codetwo.com;CAT:NONE;SFS:(13230040)(36860700016)(82310400026)(23010399003)(18007990
24)(35042699022)(7149299003)(6049299003)(376014)(14060799003)(11063799006)(5023799004)(41
43699003)(56012099006)(8096899003)(4076899003)(6133799003)(18002099003)(13003099007)(4053
099003);DIR:OUT;SFP:1102;

X-MS-Exchange-AntiSpam-MessageData-ChunkCount: 1

X-MS-Exchange-AntiSpam-MessageData-0:
        EbXSMpFBWaLlu8LZgKTVQEvG1u4FntXQaJMZiR2XUW5KubG015pG4+dLurrQ8iVJlBp7gWYvvEqsQ+dH5Z
l+m6uvy8+KIVhf89hBUUNU2qLQENZFepQoJQgm/CDtKW+TJCJve81MWYvRb4iHngnOGW5PfOrsiuDlQTKFV+Dj0I2
70PMa0pPWknV/VJnN7QpApBAzmbaCzrDZ7zWJNuIgPUHIGhwUv4tfjEEKgcy4KVzYzZaQLJvkT0T72S1XPF3XJF8Z
tCXD8AbRWkQ7WPyCX1+pp3Ppx73wEXtjuHEiMrMTYuKVCD+UhPTiig3Ds2hRqNb20desx0u48xzyw7/KGaUe0+c+M
yC3/p52L2yKwOG1lu7DaTR+sbVfDt85NYei4/O4Cu47F+NX2BGTj+/qAg9V/92LUCjAyxKaUA251UAwKSH18FeVQh
b2mIY8Th5+

X-OriginatorOrg: munsch.com

X-MS-Exchange-CrossTenant-OriginalArrivalTime: 17 Jun 2026 14:48:45.9533
  (UTC)

X-MS-Exchange-CrossTenant-Network-Message-Id: a482d4c5-1c53-4005-eb75-08decc7f88c8

X-MS-Exchange-CrossTenant-Id: a8cce8ce-29cd-498e-9265-9240b6ba472b

X-MS-Exchange-CrossTenant-OriginalAttributedTenantConnectingIp: TenantId=a8cce8ce-29cd-
498e-9265-9240b6ba472b;Ip=[20.98.2.159];Helo=[us1-emailsignatures-cloud.codetwo.com]

X-MS-Exchange-CrossTenant-AuthSource:
        DS1PEPF0001709C.namprd05.prod.outlook.com

X-MS-Exchange-CrossTenant-AuthAs: Anonymous

X-MS-Exchange-CrossTenant-FromEntityHeader: HybridOnPrem

X-MS-Exchange-Transport-CrossTenantHeadersStamped: PH0PR04MB7174

# Transaction Details

Recipient:
Boundless Energy, Inc.
Attn: Jay Pelletz
President
11 Apex Drive Suite 300A
Marlborough, ME 01752

Sender:
Michael A. Harvey
Munsch Hardt
700 Milam Street, Suite 800
Houston, TX 77002

| | |
|---|---|
| Date Created: | 06/17/2026 7:28 AM |
| USPS Article Number: | 9314769904300151400671 |
| Return Receipt Article Number: | 9590969904300151400673 |
| | |
| Service Options: | Return Receipt |
| | Certified Mail |
| Mail Service: | Certified |
| Reference #: | Clough - 23909.2 |
| Postage: | $0.00 |
| Certified Mail Fees: | $9.70 |
| Status: | Mailed |
| Sender: | MAH/cab |

Transaction created by:  cbernal
User ID:                 11699
Firm Mailing Book ID:    None
Batch ID:

---

# Transaction History

| Event Description | Event Date | Details |
|---|---|---|
| USPS® Return Receipt | 06-17-2026 08:14 AM | [USPS] - RETURN RECEIPT ASSOCIATED at HOUSTON,TX |
| USPS® Certified Mail | 06-17-2026 10:25 AM | [USPS] - PRESHIPMENT INFO SENT  USPS AWAITS ITEM at HOUSTON,TX |
| USPS® Certified Mail | 06-21-2026 11:04 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at SHREWSBURY MA DISTRIBUTION |
| USPS® Certified Mail | 06-21-2026 05:17 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at SHREWSBURY MA DISTRIBUTION |
| USPS® Certified Mail | 06-21-2026 08:52 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at SHREWSBURY MA DISTRIBUTION CENT |

**Bernal, Crissy**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Jay Pelletz; tysontraveller@boundlessinc.com |
| **Sent:** | Wednesday, June 17, 2026 3:07 PM |
| **Subject:** | Undeliverable: Case No.: 1:25-cv-10621-GAO; Robert Clough, II, Individually and on behalf of class v Boundless Energy, Inc. - Defense Counsel's Ex Parte Sealed Statement in Further Support of Motion to Withdraw as Counsel for Defendant Boundless Energy... |

**Office 365**

Your message couldn't be delivered to multiple recipients.

## The recipients weren't found at boundlessinc.com.

| Cbernal | Office 365 | Recipients |
|---|---|---|
| **Action Required** | | Recipients |

Unknown To address

Couldn't deliver to the following recipients:
jaypelletz@boundlessinc.com, tysontraveller@boundlessinc.com

## How to Fix It

The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link "**To send this message again, click here.**" Then delete and retype the entire recipient address. If prompted with an Auto-Complete List suggestion don't select it. After typing the complete address, click **Send**.
- Contact the recipient (by phone, for example) to check that the address exists and is correct.
- The recipient may have set up email forwarding to an incorrect address. Ask them to check that any forwarding they've set up is working correctly.
- Clear the recipient Auto-Complete List in Outlook or Outlook on the web by following the steps in this article: Fix email delivery issues for error code 5.1.1 in Office 365, and then

1

send the message again. Retype the entire recipient address before selecting **Send**.

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

*Was this helpful? Send feedback to Microsoft.*

## More Info for Email Admins

*Status code: 550 5.1.1*

This error occurs because the sender sent a message to an email address outside of Office 365, but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the **How to Fix It** section above don't fix the problem, and you're the email admin for the recipient, try one or more of the following:

**The email address exists and is correct** - Confirm that the recipient address exists, is correct, and is accepting messages.

**Synchronize your directories** - If you have a hybrid environment and are using directory synchronization make sure the recipient's email address is synced correctly in both Office 365 and in your on-premises directory.

**Errant forwarding rule** - Check for forwarding rules that aren't behaving as expected. Forwarding can be set up by an admin via mail flow rules or mailbox forwarding address settings, or by the recipient via the Inbox Rules feature.

**Mail flow settings and MX records are not correct** - Misconfigured mail flow or MX record settings can cause this error. Check your Office 365 mail flow settings to make sure your domain and any mail flow connectors are set up correctly. Also, work with your domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see Fix email delivery issues for error code 550 5.1.1 in Office 365.

## Original Message Details

| | |
|---|---|
| Created Date: | 6/17/2026 8:06:13 PM |
| Sender Address: | Cbernal@munsch.com |
| Recipient Address: | jaypelletz@boundlessinc.com, tysontraveller@boundlessinc.com |
| Subject: | Case No.: 1:25-cv-10621-GAO; Robert Clough, II, Individually and on behalf of class v Boundless Energy, Inc. - Defense Counsel's Ex Parte Sealed Statement in Further Support of Motion to Withdraw as Counsel for Defendant Boundless Energy, Inc. |

2

## Error Details

Error:               *550-5.1.1 The email account that you tried to reach does not exist. Please try 550-5.1.1 double-checking the recipient's email address for typos or 550-5.1.1 unnecessary spaces. For more information, go to 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser 00721157ae682-7fcd2c885d3si59603727b3.91 - gsmtp*

Message rejected by:  mx.google.com

## Notification Details

Sent by:              *BY5PR04MB6328.namprd04.prod.outlook.com*

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH |
|---|---|---|---|---|
| 1 | 6/17/2026 8:06:13 PM | BY5PR04MB6900.namprd04.prod.outlook.com | BY5PR04MB6900.namprd04.prod.outlook.com | mapi |
| 2 | 6/17/2026 8:06:14 PM | BY5PR04MB6900.namprd04.prod.outlook.com | CH4PR04MB9108.namprd04.prod.outlook.com | Microsoft S cipher=TLS |
| 3 | 6/17/2026 8:06:48 PM | DM2PR0701CU001.outbound.protection.outlook.com | us1-emailsignatures-cloud.codetwo.com | CodeTwo S |
| 4 | 6/17/2026 8:06:50 PM | us1-emailsignatures-cloud.codetwo.com | BN2PEPF000055DE.mail.protection.outlook.com | Microsoft S cipher=TLS |
| 5 | 6/17/2026 8:06:50 PM | BN2PEPF000055DE.namprd21.prod.outlook.com | BN9P220CA0005.outlook.office365.com | Microsoft S cipher=TLS |
| 6 | 6/17/2026 8:06:51 PM | BN9P220CA0005.NAMP220.PROD.OUTLOOK.COM | BY5PR04MB6328.namprd04.prod.outlook.com | Microsoft S cipher=TLS |

## Original Message Headers

ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;

b=u3rSD/Va63bsXQPqZujYQI3lyFf/gQHopU8tQbabNY9UcH4gQF5HFLmGtX62stO0ePywtFktEBhhqMtPziXU4oq
wE+DK5aTGpOW1Nui8gqWo9Ft9zTwQogod04R7Z+5AK+8v4HCWo9RV/9A6uRa593om+1OqN1dECBykVvGvfFCrkp0O
gusWEDsD9rQ1F/mCDTinp/jOd0TT+ujKM8omqg2CtNLSX5b9JHiNsLWzETP8QpsA5Bmt3+wdCCGQfKoDrCOyl7e8s
fPqcY/q4qAI4U1BASRhUAjaLpB1wg81ovk9CXr+9fCg0nursYXNndwMQAUXI9uwLmvKnevd/dbNsg==

ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-
MessageData-ChunkCount:X-MS-Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-
MessageData-1;
 bh=YJFg064cF6ZATpvaxrDWIoBam8xOqpW5UWX6tT8f0r0=;

b=c8Ajhjprh6NPJsm3tdNLsCS3DPWN9dw5Mva61X0SNSfyqbwN4swroud42ywrh9vDtEQmBXeH/5t7NaGpLCQssos
fnmZ948uQJkzp2KFM6Q1Zg7E9sdzCONqdsVQ3inipSGv18Zb4mvEOUkCPRVdnOBLGylt2rV0Zgh/GfVMTcPFO9X83
UOLE/NSAfBmtCoUXtTB+3aNf5CgMxJpl8Kgx9bttQz6rfK4nPLMJ0qI/+LFeRyZH+GiG1XkLefrQ3+4/IaPRJ5Csb
VJRjnTWNk1V4ptlJL51FbrNga4Cd2tyR16VewY/r/RStmmqzHaq9si/9V5KUxYLV7NpK72mYquBBQ==

3

```
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass (sender ip is
  20.98.2.159) smtp.rcpttodomain=mad.uscourts.gov smtp.mailfrom=munsch.com;
  dmarc=pass (p=quarantine sp=quarantine pct=100) action=none
  header.from=munsch.com; dkim=none (message not signed); arc=none (0)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
  d=munsch4.onmicrosoft.com; s=selector2-munsch4-onmicrosoft-com;
  h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
  bh=YJFg064cP6ZATpvaxrDWIoBam8xOqpW5UWX6tT8f0r0=;

b=d0tUeCLF7QECKZu394TeudBUwopqV6Cx4YR6XGLUwIvblNLcIsCByQejP6t1BS96Ks18Fl+kalw2KALSQeBUGTW
wonmfllnxHaJMFn56uTCdcoRgRDQTOMnJaLL56BGT69QgFx15ikANCOzI2I/QWSVx113JhdVHNW02iKmUfnA=
Received: from BN9P220CA0005.NAMP220.PROD.OUTLOOK.COM (2603:10b6:408:13e::10)
  by BY5PR04MB6328.namprd04.prod.outlook.com (2603:10b6:a03:1ea::20) with
  Microsoft SMTP Server (version=TLS1_2,
  cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.21.113.18; Wed, 17 Jun
  2026 20:06:51 +0000
Received: from BN2PEPF000055DE.namprd21.prod.outlook.com
  (2603:10b6:408:13e:cafe::69) by BN9P220CA0005.outlook.office365.com
  (2603:10b6:408:13e::10) with Microsoft SMTP Server (version=TLS1_3,
  cipher=TLS_AES_256_GCM_SHA384) id 15.21.113.18 via Frontend Transport; Wed,
  17 Jun 2026 20:06:50 +0000
X-MS-Exchange-Authentication-Results: spf=pass (sender IP is 20.98.2.159)
  smtp.mailfrom=munsch.com; dkim=none (message not signed)
  header.d=none;dmarc=pass action=none header.from=munsch.com;
Received-SPF: Pass (protection.outlook.com: domain of munsch.com designates
  20.98.2.159 as permitted sender) receiver=protection.outlook.com;
  client-ip=20.98.2.159; helo=us1-emailsignatures-cloud.codetwo.com; pr=C
Received: from us1-emailsignatures-cloud.codetwo.com (20.98.2.159) by
  BN2PEPF000055DE.mail.protection.outlook.com (10.167.245.8) with Microsoft
  SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
  15.21.159.0 via Frontend Transport; Wed, 17 Jun 2026 20:06:50 +0000
Received: from DM2PR07012U001.outbound.protection.outlook.com (40.93.13.69) by us1-
emailsignatures-cloud.codetwo.com with CodeTwo SMTP Server (TLS12) via SMTP; Wed, 17 Jun
2026 20:06:48 +0000
Received: from BY5PR04MB6900.namprd04.prod.outlook.com (2603:10b6:a03:229::20)
  by CH4PR04MB9108.namprd04.prod.outlook.com (2603:10b6:610:232::19) with
  Microsoft SMTP Server (version=TLS1_2,
  cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.21.139.11; Wed, 17 Jun
  2026 20:06:14 +0000
Received: from BY5PR04MB6900.namprd04.prod.outlook.com
  ([fe80::227f:751b:6e4:1748]) by BY5PR04MB6900.namprd04.prod.outlook.com
  ([fe80::227f:751b:6e4:1748%4]) with mapi id 15.21.0113.015; Wed, 17 Jun 2026
  20:06:13 +0000
From: "Bernal, Crissy" <Cbernal@munsch.com>
To: "Leonardo_Vieira@mad.uscourts.gov" <leonardo_vieira@mad.uscourts.gov>
CC: Jay Pelletz <jaypelletz@boundlessinc.com>,
        "tysontraveller@boundlessinc.com" <tysontraveller@boundlessinc.com>
Subject: Case No.: 1:25-cv-10621-GAO; Robert Clough, II, Individually and on
```

4

behalf of class v Boundless Energy, Inc. - Defense Counsel's Ex Parte Sealed
Statement in Further Support of Motion to Withdraw as Counsel for Defendant
Boundless Energy, Inc.

Thread-Topic: Case No.: 1:25-cv-10621-GAO; Robert Clough, II, Individually and
on behalf of class v Boundless Energy, Inc. - Defense Counsel's Ex Parte
Sealed Statement in Further Support of Motion to Withdraw as Counsel for
Defendant Boundless Energy, Inc.

Thread-Index: Adz+lGCalUXHObAwRyCHRG0V822aog==

Date: Wed, 17 Jun 2026 20:06:13 +0000

Message-ID:
<BY5PR04MB6900E13CBC8078A2B1FDA298CEE42@BY5PR04MB6900.namprd04.prod.outlook.com>

Accept-Language: en-US

Content-Language: en-US

X-MS-Has-Attach: yes

X-MS-TNEF-Correlator:

x-mde-cl:
dZJNb9swDIb/iuDLLuuQ5cNJtrZA0tRr16Zwmw7DjrRF20pk0ZPpNOmw/165yGGzkoMOeh/yJSnq/LyUKMhoZVD8C
ZJkBNPBYBQm2XAajsLpYAgw6Y2T4bgPSZKEAznEMITgS9Dv9cOzXnj2eSwWmKGRYPhDLa53IgbLKJ6wrsjUKCyKJb
EiI5jET8WFtPDyqZJZ8DG4IrNFy88ULyLnmYGu0cnuNjOGGNq020EFauQDuQKtqWFPVjbV2FVj0vvc94gs4r0buav
fqLzQ7njux4JjNKnSS7AbZXIPWqLMIkjH2pAuX1FjpCf+bsB6dZyq8lzvfziJVh9pZMVQVr6o0s3+gfhIuFUb5MJS
kxcd9ow7ntPOyzlZe94ozbfGjVu5RSqPzxouyHZ35R6mXe0CnHIEeQl3uH8h673XkqTKVHrKyzUlmxS7ZqsmWWPK3
ckVa6+ZpmYqT852W1bv6AkipG0Pjt8jbA/4C2xhlVpVdUtFSuOMGdKiRON9tTnRpjz8mH/cIrJlpFDLjn6zr94383
881031Opbr+bfXyeRhWo7Xdnr3+CuO8osL8VWcQsHfy8s3

x-sdh-usedemail: cbernal@munsch.com

x-sf-inspectorhandled: 1

Authentication-Results-Original: dkim=none (message not signed)
  header.d=none;dmarc=none action=none header.from=munsch.com;

x-ms-traffictypediagnostic:
        BY5PR04MB6900:EE_|CH4PR04MB9108:EE_|BN2PEPF000065DE:EE_|BY5PR04MB6323:EE_

X-MS-Office365-Filtering-Correlation-Id: e487a831-24f5-4638-5767-08deccabf837

X-MS-Exchange-SenderADCheck: 1

X-MS-Exchange-AntiSpam-Relay: 0

X-Microsoft-Antispam-Untrusted:
BCL:0;ARA:13230040|365016|23010399003|376014|5049299003|1800799024|56012099006|8096899003
|11063799006|38070700021|13002099003|4053099002;

X-Microsoft-Antispam-Message-Info-Original:
lgPyWDGVFSnaNzApXjVgSFLTEPZwJ659qzwarG9ONirJ7gG25Ht5BeU/3+yctdkSmZfK/VxaeLKPZS2srX2WFPgMS
wunLjYxSGdpFbPkw9KAz9CguoC+uawFXQcSKb7Q/599pfvbf8OaVOIBTgD5h7m/0RR8I3s1941bfr//TrZUpUGhWF
60rnIZYLHgZcTyeOFbox2LGEPWQvV+PR9H1B3xw6mwEQCxySrEf+915p1X41LUzd1Nn9qdUNre2eiQd+7Do+X5zAw
10yGln9sG38Mbcju2j+rncRIZisuRhIVfMT+4cvI3zZEH4iDj0haadt8gk/wPlWdzJlByEhk5pNFLwDBlxeva440e
oUN/M4dvC/uZTiL65ti/dYBMOMkUtkSyFzFxFNpgxDlj/ZpZxDG41dZbqfscgKcYWfYyHhRd9ueY3b8LD83y9yMZh
Sff7nkmd36U11NGs8FvWesyfvQPfBw9CQPjL5W0fuaN8T79+JdI8GgwmwRH2lRTiHpWBBmnrXFn9CCdvuc38UrLTj
ag3yzL/1fb4Wukr9U7CZRjm30d3ZWqv3go6VS5iYnfvw4IpwgnRcxrGFCswY80w4UNk0DSDo8dPfyFUt90mfwEK3N
4kF7FwyKeEaf4VHC1xjzsk8HdP1dBbQDKbXf/AMbErsjU85qO/GulayggAwXdRSZbMjSdigY+6E3lw/Hz

X-Forefront-Antispam-Report-Untrusted:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BY5PR04MB6900.namprd04.pr
od.outlook.com;PTR:;CAT:NONE;SFS:(13230040)(365016)(23010399003)(376014)(5049299003)(1800
799024)(56012099006)(8096899003)(11063799006)(38070700021)(13002099003)(4053099003);DIR:O
UT;SFP:1102;

Content-Type: multipart/mixed;
        boundary="_004_BY5PR04MB6900E13CBC8078A2B1FDA298CEE42BY5PR04MB6900namp_"

MIME-Version: 1.0

X-Exchange-RoutingPolicyChecked:
Sdwja1S51FyXwrssBzLjTcEZcsfRsbm14w+9kEiQKf9SupcW2rlAVZX2HZlCNsI3gZOKQtcVp5Q7767HCGd18D6kB
GSSajV3gCa/gafjSXlSRa+eYtJIKAwfs+Ljr/gqBkqRQ4VXZKZqjOutQhLIB0wSvxlOxgbU+Mf4qDuAtBZU08d6To
eHWp0vGnFP9oZcrNj0Kt0qY68vNB1fBNJ23FLusBUYv6Hi45MKvRiwCqgncSSLiyjMErVutcTKVYTVSiEfYpereLL
a65MxihDp7IjGBJ9Aan5ln9jHndWjefiLiF9/3Y8955MrjYNzriSfafX2yK9VRxqzhiFcRUzA8w==

X-MS-Exchange-Transport-CrossTenantHeadersStamped: CH4PR04MB9108

X-CodeTwo-MessageID: e9838377-27fb-4e7f-bd5a-601379a24780.20250617200648@usl-
emailsignatures-cloud.codetwo.com

References: <01dff8f6-818c-4067-b565-7b5e315afd2f.04cd8f21-ea8f-4495-bf17-
a08ea95dfff0.a9172652-e5e3-46bb-afe9-817da0a97ac3@emailsignatures365.codetwo.com>

 <01dff8f6-818c-4067-b565-7b5e315afd2f.03b57f39-99f3-4ddf-8b1b-115061dd9f54.38077e73-
361b-4bb5-953a-7075beb89b14@emailsignatures365.codetwo.com>

X-CodeTwoProcessed: true

Return-Path: Cbernal@munsch.com

X-EOPAttributedMessage: 0

X-MS-Exchange-Transport-CrossTenantHeadersStripped:
BN2PEPF000055DE.namprd21.prod.outlook.com

X-MS-PublicTrafficType: Email

X-MS-Office365-Filtering-Correlation-Id-Prvs:
        e4df36b8-4a40-4217-3c26-08deccabe21a

X-Microsoft-Antispam:
        BCL:0;ARA:13230040|376014|82310400026|36860700016|7149299003|1800799024|6049299003
|14060799003|35042699022|23010399003|18002099003|6133799003|4053099003|13003099007|110637
99006|4143699003|5023799004|56012099006|4076899003|8096899003;

X-Microsoft-Antispam-Message-Info:
        p2COXLnan3ljvD9oa02eNjSXH4obFeIzITYbanzpAYqccP8pvFP/0azpC7nkys2xZ+iTK/a49oEWIZaCRu
2J+hC7dZoys8ma64KqspgxAEF3yBdz9/8650eO5HoMoiFEYdC3dMmBO5+ojYRblTsbALSAYNbzeBmYwpIjlA80lOs
jzOEMHrGKFBI6I/1dBQGY7zKEOneuYrlzfcGSEhypjp9yxh3r1yQku+2PT5anpcBDJEMdRHNQSG2YiS8aO6jjR3Iy
HAOHoj0Opv4LlFW7TwlrfvIZtK7pgGbQnbpR4lWX02MCiPFIu9M2vSSm4gQlyErymlMemY4AxHmlianrlGJ7PEYlq
BPqtfG5hEeUO99JYmdHyD6XOh+fDiD/Q9wqDjZVaU3UJA4NLNlcIljZo2KjoFHzPC1n+9UAgLqxJ8toso4AEPQtCA
wJI7/mtVuS5u0dyYYQDkJ+8OHJwiEFVZbc4cFvjJEAPwDlOiqFr9dGvtg4eRQxL449XJxclspGkNdufW8qXR/mwUV
DQfNYs2i2Xjb5ddYtrqjRJ3rGM03COH/T9ybkHwFasWAClHglYks. zklKlun6XWOJka0socUqqEp5ZZVDqBdrhScXb
m6CXi7EzeLTpSsKd575+NwRv

X-Forefront-Antispam-Report:
        CIP:20.98.2.159;CTRY:US;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:usl-emailsignatures-
cloud.codetwo.com;PTR:usl-emailsignatures-
cloud.codetwo.com;CAT:NONE;SFS:(13230040)(376014)(82310400026)(36860700016)(7149299003)(1
800799024)(6049299003)(14060799003)(35042699022)(23010399003)(18002099003)(6133799003)(40
53099003)(13003099007)(11063799006)(4143699003)(5023799004)(56012099006)(4076899003)(8096
899003);DIR:OUT;SFP:1102;

X-MS-Exchange-AntiSpam-MessageData-ChunkCount: 1

X-MS-Exchange-AntiSpam-MessageData-0:
        54xYV+6E8tbfQbRLMyG1I4TcFcDitaRoLwzBplmbxSVVoMI/L8dXrLfPO6O+C2/Cl5m4F9LVBRH83aA6P/
WaGppgxaEP7Gdzq2WJ8W1Mj/7e0ir4claKD0YazOSYnfh34WZmZgRU9iBjl6TARn+bbl66ygdCNUGBjmmAtkCt/aZ
Ko3EDQvRNOa2bzytdP9iTcckqyzaAfwhr2581GmzXMuGFlHTWOsoHLuK2iFiQDDLSK2zniIAB8n2g5QgXDNbM+CRx
mFXosst+uiNxaNkd4UYgZFykL2ZwJWQ+PHyhlknK//WcbGvOSqajlzAC/dgcgtIv1d78DjWh4goir9b51gQrYEXJS
Z+wWgh3RqakXEIGSdnyVNeyhy6NzO6+kUveK5Fumq0i8ucFN34xrpSDJx8FNzyYYVVNfpMyrvdJ2FzVRU/gyuvMlm
Uu8oELjmiq

X-OriginatorOrg: munsch.com

X-MS-Exchange-CrossTenant-OriginalArrivalTime: 17 Jun 2025 20:06:59.7777
 (UTC)

X-MS-Exchange-CrossTenant-Network-Message-Id: e487a831-24f5-4688-5767-08deccabf837

X-MS-Exchange-CrossTenant-Id: a8cce8ce-29cd-408e-9265-9240b6ba472b

6

X-MS-Exchange-CrossTenant-OriginalAttributedTenantConnectingIp: TenantId=a8cce8ce-29cd-498e-9265-9240b6ba472b;Ip=[20.93.2.159];Helo=[us1-emailsignatures-cloud.codetwo.com]

X-MS-Exchange-CrossTenant-AuthSource:
        BN2PEPF000055DE.namprd21.prod.outlook.com

X-MS-Exchange-CrossTenant-AuthAs: Anonymous

X-MS-Exchange-CrossTenant-FromEntityHeader: HybridOnPrem

X-MS-Exchange-Transport-CrossTenantHeadersStamped: BY5PR04MB6328

X-MS-Exchange-CrossTenant-OriginalAttributedTenantConnectingIp: TenantId=a8cce8ce-29cd-498e-9265-9240b6ba472b;Ip=[20.93.2.159];Helo=[us1-emailsignatures-cloud.codetwo.com]

7

# Transaction Details

Recipient:
Boundless Energy, Inc.
Attn: Jay Pelletz
President
11 Apex Drive Suite 300A
Marlborough, MA 01752

Sender:
Michael A. Harvey
Munsch Hardt
700 Milam, Suite 800
Houston, TX 77002

Transaction created by:  cbernal
User ID:                 11699
Firm Mailing Book ID:    None
Batch ID:

Date Created:                    06/17/2026 1:20 PM
USPS Article Number:             9314769904300151437530
Return Receipt Article Number:   9590969904300151437532

Service Options:                 Return Receipt
                                 Certified Mail
Mail Service:                    Certified
Reference #:                     Clough - 23909.2
Postage:                         $0.00
Certified Mail Fees:             $9.70
Status:                          Created
Sender:                          Michael Harvey/cab

# Transaction History

| Event Description | Event Date | Details |
| --- | --- | --- |
| USPS® Return Receipt | 06-17-2026 02:14 PM | [USPS] - RETURN RECEIPT ASSOCIATED at HOUSTON,TX |
| USPS® Certified Mail | 06-17-2026 04:39 PM | [USPS] - PRESHIPMENT INFO SENT  USPS AWAITS ITEM at HOUSTON,TX |