UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

BOSTON MA 020
22 JUL 2026 PM 10 L

quadient
FIRST-CLASS MAIL
IMI
$000.78
07/22/2026 ZIP 02210
043M31266831
US POSTAGE

FILED
IN CLERKS OFFICE
2026 SEP -3 A 11:50
U.S. DISTRICT COURT
DISTRICT OF MASS.

Screened
USMS

Energy, Inc.
Dr., Ste. 3010
Marlborough, MA

NIXIE 015 DE 1 0008/31/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 02210302599 *2621-07285-22-40

9327000084188597

01752-1858
02210>3025

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 7/22/2026 at 3:57 PM EDT and filed on 7/22/2026

**Case Name:** Clough, II v. Boundless Energy, Inc.
**Case Number:** 1:25-cv-10621-GAO
**Filer:**
**Document Number:** 38(No document attached)

**Docket Text:**
**Magistrate Judge M. Page Kelley: ELECTRONIC ORDER entered granting [23] Motion to Withdraw as Attorney. Attorney Michael Allen Harvey and James A. Vevone, Jr terminated.**

**The court has reviewed defense counsel's motion to withdraw [23], the Plaintiff's opposition [24], the parties' joint status report [27], their separate responses to Judge O'Toole's May 13, 2026, order [30], [31], and defense counsels sealed, ex parte "further statement" regarding [23]. It is not apparent that the Defendant received this court's June 2, 2026, order, [37-1] at 9, 15, nevertheless, the court notes, the Defendant has not been in communication with the court since that date. The court may, however, reasonably infer that the Defendant received Judge O'Toole's May 13, 2026, order, *see id.* at 8, and thus is on notice that a corporation cannot appear pro se and that Judge O'Toole had ordered the submission of information regarding the Defendant's efforts to secure successor counsel. [29].**

**The court finds that it is appropriate to grant defense counsel's motion to withdraw immediately. The court will allow the Defendant three additional weeks to secure successor counsel. If successor counsel has not entered an appearance by August 12, 2026 (or if the Defendant has not moved for an extension of this deadline by August 12, 2026), the Plaintiff should, by August 19, 2026, file a status report indicating how he intends to proceed.**

**The Clerk's Office is directed to mail a copy of this order to the Defendant at 11 Apex Drive, Suite 301B, Marlborough, MA 01752 and 11 Apex Drive, Suite 300A, Marlborough, MA 01752.**

**(Ferguson, Kerry)**

**1:25-cv-10621-GAO Notice has been electronically mailed to:**

Anthony I. Paronich anthony@paronichlaw.com, anthony.paronichlaw.com@recap.email

James A. Vevone, Jr jvevone@sederlaw.com

Alex M. Washkowitz alex@cwlawgrouppc.com

Michael Allen Harvey mharvey@munsch.com, CourtMail@Munsch.com, crichison@munsch.com

**1:25-cv-10621-GAO Notice will not be electronically mailed to:**

Boundless Energy, Inc.