UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CL
IMI
$001.
10/09/2026
043M3126

FILED
IN CLERKS OFFICE
2026 OCT 19 A 11:34
U.S. DISTRICT COURT
DISTRICT OF MASS.

Boundless Energy. Inc.
11 Apex Drive, Suite 300A
Marlborough, MA
01752

UTF

BC: 02210302599 2155N288195-00034

USMS
Screened