1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
IN CLERKS OFFICE
2026 OCT 19 A 11:34
U.S. DISTRICT COURT
DISTRICT OF MASS.

Boundless Energy, Inc.
11 Apex Drive, Suite 301B
Marlborough, MA
01752

NIXIE 015 50 1 7210/15/26
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 02210302599 2155N288195-00038

USMS Screened