**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Robert Clough, II**

Plaintiff

V.

CIVIL ACTION

NO. 1:25-10621-GAO

**Boundless Energy, Inc.,**

Defendants

**ORDER OF DISMISSAL**

O'TOOLE, D. J.

In accordance with the Court's ELECTRONIC ORDER (Dkt. No. 43) dated November 13, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

11/13/2026
Date

/s/ Flaviana de Oliveira
Deputy Clerk